## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY,<br>245 Murray Lane SW<br>Washington, DC 20528,<br><br>and<br><br>U.S. IMMIGRATION<br>AND CUSTOMS ENFORCEMENT,<br>500 12th Street SW<br>Washington, DC 20536,<br><br>*Defendants.* | Case No. 21-3030 |

## **COMPLAINT**

1.      Plaintiff American Oversight brings this action against the U.S. Department of Homeland Security, and its related component agency, U.S. Immigration and Customs Enforcement, under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3.      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e)(1).

4.      Because Defendants have failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agencies from continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5.      Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information gathered, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6.      Defendant U.S. Department of Homeland Security ("DHS") is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). The DHS Privacy Office coordinates FOIA requests for several DHS components, including the DHS Office for Civil

Rights and Civil Liberties ("CRCL"). DHS has possession, custody, and control of the records that American Oversight seeks.

7.       Defendant U.S. Immigration and Customs Enforcement ("ICE") is a component of DHS headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). ICE has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

8.       On March 8, 2021, American Oversight submitted two FOIA requests to DHS and ICE seeking documents relating to individuals who died during or following their detention by ICE. For each March 8 request, American Oversight limited its requests to documents post-dating April 10, 2018, to reduce the volume of responsive records.

*First Detainee Death Review FOIA*

9.       On March 8, 2021, American Oversight submitted a FOIA request to DHS and ICE with internal tracking number DHS-21-0309, seeking the following records:

> Copies of the "Detainee Death Review" reports completed by or for ICE Office of Professional Responsibility as part of the detainee death reviews for each of the following individuals who died in custody.
>
> 1. Gourgen Mirimanian
> 2. Roberto Rodrig[ue]z-Espinoza
> 3. Roylan Hernandez-Diaz
> 4. Anthony Oluseye Akinyemi
> 5. Samuelino Mavinga
> 6. Ben James Owen
> 7. Alberto Hernandez-Fundora
> 8. David Hernandez-Colua
> 9. Maria Celeste Ochoa-Yoc De Ramirez
> 10. Orlan Ariel Carcamo-Navarro
> 11. Ramiro Hernandez-Ibarra
> 12. Carlos Ernesto Escobar-Mejia
> 13. Óscar López Acosta
> 14. Choung Woong Ahn
> 15. Santiago Baten-Oxlaj

10.     On March 24, 2021, DHS assigned the First Detainee Death Review FOIA request reference number 2021-HQFO-00660 and attached a "final response" letter. DHS stated that it "conducted a comprehensive search of files within the Office for Civil Rights and Civil Liberties (CRCL) for records that would be responsive" to the request and "were unable to locate or identify any responsive records." DHS further noted that "CRCL advised that U.S. Immigration and Customs Enforcement (ICE), which has already received your request, is the appropriate component to handle your request."

11.     American Oversight has not received any communication from ICE regarding the First Detainee Death Review FOIA request. ICE has not assigned a reference number to the FOIA request.

*First Healthcare and Security Compliance Analysis FOIA*

12.     On March 8, 2021, American Oversight submitted a FOIA request to DHS and ICE with internal tracking number DHS-21-0310, seeking the following records:

> Copies of the "Healthcare and Security Compliance Analysis" reports—or equivalent internal procedural compliance analysis—completed by or for ICE Office of Professional Responsibility as part of the detainee death reviews for each of the following individuals who died in custody.
>
> 1. Gourgen Mirimanian
> 2. Anthony Oluseye Akinyemi
> 3. Samuelino Mavinga
> 4. Ben James Owen
> 5. Alberto Hernandez-Fundora
> 6. David Hernandez-Colua
> 7. Maria Celeste Ochoa-Yoc De Ramirez
> 8. Orlan Ariel Carcamo-Navarro
> 9. Ramiro Hernandez-Ibarra
> 10. Carlos Ernesto Escobar-Mejia
> 11. Óscar López Acosta
> 12. Choung Woong Ahn
> 13. Santiago Baten-Oxlaj

13.     On March 24, 2021, DHS assigned the First Healthcare and Security Compliance Analysis FOIA request reference number 2021-HQFO-00661 and attached a "final response" letter. DHS stated that it "conducted a comprehensive search of files within the Office for Civil Rights and Civil Liberties (CRCL) for records that would be responsive" to the request and "were unable to locate or identify any responsive records." DHS further noted that "CRCL advised that U.S. Immigration and Customs Enforcement (ICE), which has already received your request, is the appropriate component to handle your request."

14.     American Oversight has not received any communication from ICE regarding the First Healthcare and Security Compliance Analysis FOIA request. ICE has not assigned a reference number to the FOIA request.

*   *   *

15.     On October 12, 2021, American Oversight submitted five FOIA requests to DHS and ICE seeking documents relating to individuals who died during or following their detention by ICE.

*Root Cause Analysis FOIA*

16.     On October 12, 2021, American Oversight submitted a FOIA request to DHS and ICE with internal tracking number DHS-21-1423, seeking the following records:

> A complete copy of any ICE Health Service Corps "Event Review," "Root Cause Analysis," or "Action Plan," completed for each of the following individuals who died in ICE custody:

| | |
|---|---|
| 1. Gourgen Mirimanian | 9. Abel Reyes-Clemente |
| 2. Roxsana Hernandez | 10. Simratpal Singh |
| 3. Huy Chi Tran | 11. Pedro Arriago-Santoya |
| 4. Efraín Romero de la Rosa | 12. Roberto Rodriguez-Espinoza |
| 5. Augustina Ramirez-Arreola | 13. Nebane Abienwi |
| 6. Wilfredo Padron | 14. Roylan Hernandez-Diaz |
| 7. Mergensana Amar | 15. Anthony Oluseye Akinyemi |
| 8. Guerman Volkov | 16. Samuelino Mavinga |

| | |
|---|---|
| 17. Ben James Owen | 28. Luis Sanchez-Perez |
| 18. Alberto Hernandez-Fundora | 29. James Tomas Hill |
| 19. David Hernandez-Colula | 30. Kuah Hui Lee |
| 20. Maria Celeste Ochoa-Yoc De Ramirez | 31. Jose Freddy Guillen Vega |
| 21. Orlan Ariel Carcamo-Navarro | 32. Fernando Sabonger-Garcia |
| 22. Ramiro Hernandez-Ibarra | 33. Cipriano Chavez Alvarez |
| 23. Carlos Ernesto Escobar-Mejia | 34. Romien Jally |
| 24. Óscar López Acosta | 35. Anthony Jones |
| 25. Choung Woong Ahn | 36. Felipe Montes |
| 26. Santiago Baten-Oxlaj | 37. Jesse Dean |
| 27. Onoval Perez-Montufa | 38. Diego Fernando Gallego-Agudelo |

American Oversight requested that DHS and ICE provide all responsive records from April 10, 2018, through the date the search was conducted.

17.    On October 12, 2021, DHS assigned the Root Cause Analysis FOIA request reference number 2022-HQFO-00048 and updated the status of the FOIA request to "Received." On October 15, 2021, the DHS Privacy Office transferred the Root Cause Analysis FOIA request to the DHS Office for CRCL. On October 22, 2021, in an email with the subject line "Re: 2022-CRFO-00009," CRCL "determined that if the information [American Oversight is] seeking is available it falls under the purview of … ICE." Therefore, CRCL stated that it had forwarded the FOIA request to ICE.

18.    On October 12, 2021, ICE assigned the Root Cause Analysis FOIA request reference number 2022-ICFO-00219 and updated the status of the FOIA request to "Received." American Oversight has not received any further communication from ICE regarding the Root Cause Analysis FOIA request.

*Second Detainee Death Review FOIA*

19.    On October 12, 2021, American Oversight submitted a FOIA request to DHS and ICE with internal tracking number DHS-21-1424, seeking the following records:

A complete copy of any "Detainee Death Review" reports completed by or for ICE Office of Professional Responsibility as part of the detainee death reviews for each of the following individuals who died in ICE custody.

1. Onoval Perez-Montufa
2. Luis Sanchez-Perez
3. James Tomas Hill
4. Kuah Hui Lee
5. Jose Freddy Guillen Vega
6. Fernando Sabonger-Garcia
7. Cipriano Chavez Alvarez
8. Romien Jally
9. Anthony Jones
10. Felipe Montes
11. Jesse Dean
12. Diego Fernando Gallego-Agudelo

American Oversight requested that DHS and ICE provide all responsive records from July 12, 2020, through the date the search was conducted.

20.     On October 12, 2021, DHS assigned the Second Detainee Death Review FOIA request reference number 2022-HQFO-00049 and updated the status of the FOIA request to "Received." On October 15, 2021, the DHS Privacy Office transferred the Second Detainee Death Review FOIA request to the DHS Office for CRCL. On October 22, 2021, in an email with the subject line "Re: 2022-CRFO-00009," CRCL "determined that if the information [American Oversight is] seeking is available it falls under the purview of … ICE." Therefore, CRCL stated that it had forwarded the FOIA request to ICE.

21.     On October 12, 2021, ICE assigned the Second Detainee Death Review FOIA request reference number 2022-ICFO-00220 and updated the status of the FOIA request to "Received." American Oversight has not received any further communication from ICE regarding the Second Detainee Death Review FOIA request.

*Second Healthcare and Security Compliance Analysis FOIA*

22.      On October 12, 2021, American Oversight submitted a FOIA request to DHS and

ICE with internal tracking number DHS-21-1425, seeking the following records:

> A complete copy of any "Healthcare and Security Compliance Analysis"
> reports—or equivalent internal procedural analysis—completed by or for ICE
> Office of Professional Responsibility as part of the detainee death reviews for
> each of the following individuals who died in ICE custody.

> 1. Onoval Perez-Montufa
> 2. Luis Sanchez-Perez
> 3. James Tomas Hill
> 4. Kuah Hui Lee
> 5. Jose Freddy Guillen Vega
> 6. Fernando Sabonger-Garcia
> 7. Cipriano Chavez Alvarez
> 8. Romien Jally
> 9. Anthony Jones
> 10. Felipe Montes
> 11. Jesse Dean
> 12. Diego Fernando Gallego-Agudelo

American Oversight requested that DHS and ICE provide all responsive records from July 12,

2020, through the date the search was conducted.

23.      On October 12, 2021, DHS assigned the Second Healthcare and Security

Compliance Analysis FOIA request reference number 2022-HQFO-00051 and updated the status

of the FOIA request to "Received." On October 15, 2021, the DHS Privacy Office transferred the

Second Healthcare and Security Compliance Analysis FOIA request to the DHS Office for

CRCL. On October 22, 2021, in an email with the subject line "Re: 2022-CRFO-00009," CRCL

"determined that if the information [American Oversight is] seeking is available it falls under the

purview of … ICE." Therefore, CRCL stated that it had forwarded the FOIA request to ICE.

24.      On October 12, 2021, ICE assigned the Second Healthcare and Security

Compliance Analysis FOIA request reference number 2022-ICFO-00221 and updated the status

of the FOIA request to "Received." American Oversight has not received any further communication from ICE regarding the Second Healthcare and Security Compliance Analysis FOIA request.

*Independent Autopsies FOIA*

25.     On October 12, 2021, American Oversight submitted a FOIA request to DHS and ICE with internal tracking number DHS-21-1426, seeking the following records:

> A complete copy of any independent autopsies supplied to DHS or ICE, including those by county or state medical examiners, for each of the following individuals who died in ICE custody:
>
> 1.  Onoval Perez-Montufa
> 2.  Luis Sanchez-Perez
> 3.  James Tomas Hill
> 4.  Kuah Hui Lee
> 5.  Jose Freddy Guillen Vega
> 6.  Fernando Sabonger-Garcia
> 7.  Cipriano Chavez Alvarez
> 8.  Romien Jally
> 9.  Anthony Jones
> 10. Felipe Montes
> 11. Jesse Dean
> 12. Diego Fernando Gallego-Agudelo

American Oversight requested that DHS and ICE provide all responsive records from July 12, 2020, through the date the search was conducted.

26.     On October 12, 2021, DHS assigned the Independent Autopsies FOIA request reference number 2022-HQFO-00052 and updated the status of the FOIA request to "Received." On October 15, 2021, the DHS Privacy Office transferred the Independent Autopsies FOIA request to the DHS Office for CRCL. On October 22, 2021, in an email with the subject line "Re: 2022-CRFO-00009," CRCL "determined that if the information [American Oversight is] seeking is available it falls under the purview of … ICE." Therefore, CRCL stated that it had forwarded the FOIA request to ICE.

27.     On October 12, 2021, ICE assigned the Independent Autopsies FOIA request reference number 2022-ICFO-00222 and updated the status of the FOIA request to "Received." American Oversight has not received any further communication from ICE regarding the Independent Autopsies FOIA request.

*Mortality Review FOIA*

28.     On October 12, 2021, American Oversight submitted a FOIA request to DHS and ICE with internal tracking number DHS-21-1427, seeking the following records:

> A complete copy of any ICE Health Service Corps "Mortality Review" reports completed as part of the detainee death reviews for each of the following individuals who died in ICE custody:
>
> 1.  Onoval Perez-Montufa
> 2.  Luis Sanchez-Perez
> 3.  James Tomas Hill
> 4.  Kuah Hui Lee
> 5.  Jose Freddy Guillen Vega
> 6.  Fernando Sabonger-Garcia
> 7.  Cipriano Chavez Alvarez
> 8.  Romien Jally
> 9.  Anthony Jones
> 10. Felipe Montes
> 11. Jesse Dean
> 12. Diego Fernando Gallego-Agudelo

American Oversight requested that DHS and ICE provide all responsive records from July 12, 2020, through the date the search was conducted.

29.     On October 12, 2021, DHS assigned the Mortality Review FOIA request reference number 2022-HQFO-00053 and updated the status of the FOIA request to "Received." On October 15, 2021, the DHS Privacy Office transferred the Mortality Review FOIA request to the DHS Office for CRCL. On October 22, 2021, in an email with the subject line "Re: 2022-CRFO-00009," CRCL "determined that if the information [American Oversight is] seeking is

available it falls under the purview of … ICE." Therefore, CRCL stated that it had forwarded the FOIA request to ICE.

30.     On October 12, 2021, ICE assigned the Mortality Review FOIA request reference number 2022-ICFO-002124 and updated the status of the FOIA request to "Received." American Oversight has not received any further communication from ICE regarding the Mortality Review FOIA request.

*Exhaustion of Administrative Remedies*

31.     As of the date of this Complaint, ICE has failed to (a) notify American Oversight of a final determination regarding American Oversight's FOIA requests, including the scope of responsive records ICE intends to produce or withhold and the reasons for any withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

32.     Through ICE's failure to respond to American Oversight's FOIA requests within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Searches for Responsive Records**

33.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

34.     American Oversight properly requested records within the possession, custody, and control of Defendants.

35.     Defendants are agencies subject to FOIA, and they must therefore make reasonable efforts to search for requested records.

11

36.     Defendants have failed to promptly review agency records for the purpose of locating those records that are responsive to American Oversight's FOIA requests.

37.     Defendants' failure to conduct an adequate search for responsive records violates FOIA and applicable regulations.

38.     Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendants to promptly make reasonable efforts to search for records responsive to American Oversight's FOIA requests.

**COUNT II**
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

39.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

40.     American Oversight properly requested records within the possession, custody, and control of Defendants.

41.     Defendants are agencies subject to FOIA, and they must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

42.     Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce non-exempt records responsive to its FOIA requests.

43.     Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA requests.

44.     Defendants' failure to provide all non-exempt responsive records violates FOIA and applicable regulations.

45.     Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendants to promptly produce all non-exempt records responsive to its FOIA requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## **REQUESTED RELIEF**

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendants to conduct a search or searches reasonably calculated to uncover all records responsive to American Oversight's FOIA requests;

(2) Order Defendants to produce, within twenty days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to American Oversight's FOIA requests and indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: November 16, 2021

Respectfully submitted,

*/s/ Taylor Stoneman*
Taylor Stoneman
D.C. Bar No. 888155721
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1319
taylor.stoneman@americanoversight.org

*Counsel for Plaintiff*