UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>_Plaintiff,_<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, _et al._,<br><br>_Defendants_. | Civil Action No. 21-3030 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's January 21, 2022 Minute Order, Plaintiff American Oversight and Defendants United States Department of Homeland Security ("DHS") and U.S. Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, respectfully report to the Court as follows.

1.     On November 16, 2021, Plaintiff filed the Complaint, which addresses seven FOIA requests submitted by Plaintiff to both DHS and ICE.

2.     For each of the seven requests, DHS asserts that any responsive records would fall under the purview of ICE.

3.     ICE has completed its searches for all seven requests.  The deduplicated total page count for the combined requests is 717 pages, plus one spreadsheet.

4.     ICE anticipates making its first production on or about April 5, 2022.  ICE anticipates making a second and final production on or about May 5, 2022.  Barring any consults with other governmental agencies, ICE anticipates that Plaintiff will receive a final determination on or about May 5, 2022.

5.    The parties propose that they file a further status report on May 26, 2022, and that the Court defer setting a briefing schedule at this time.

*    *    *

Dated: March 18, 2022               Respectfully submitted,

/s/ Taylor Stoneman
Taylor Stoneman
D.C. Bar No. 888155721
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1319
taylor.stoneman@americanoversight.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/Douglas C. Dreier
DOUGLAS DREIER, D.C. BAR No. 1020234
Assistant United States Attorney – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2551
Douglas.Dreier@usdoj.gov

*Counsel for Defendants*