UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 21-3030 (TNM) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), Defendants respectfully move for summary judgment on Plaintiff's claims under the Freedom of Information Act ("FOIA"). As explained in the accompanying brief and supporting agency declaration, Defendants have met their burden under the FOIA and are entitled to judgment as a matter of law. A statement of facts not genuinely in dispute and proposed order are also attached.

Date: March 3, 2023
Washington, D.C.

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ *FITHAWI BERHANE*
FITHAWI BERHANE
Assistant United States Attorney – Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2551
Fithawi.Berhane@usdoj.gov

*Counsel for the United States of America*