**VAUGHN INDEX**

***American Oversight v. ICE***

Case No.:  21-cv- 3030 (D.D.C 2021)

U.S. Immigration and Customs Enforcement *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| 2022-ICLI-00008<br><br>***Healthcare and Security Compliance Analysis Reports***<br>Pages:<br>**057**(portions of the first and second sentences in the last paragraph), **058**(first paragraph), **061**(portions of the paragraph under area of concern), **076**(portions of FN 142), **1293**(portions of the second and third sentences of last paragraph), **1294**(first, second and portions of the fourth sentences) and **1328a**(one word in the second full paragraph)<br><br>***Detainee Death Review Reports***<br>Pages:<br>**772** (portions of the second sentence in the last paragraph), **1202** (portions of the third paragraph), **1628a** (portions of FN188) | Partial | **Document(s):**<br>1.) Healthcare and Security Compliance Analysis Reports.  The Healthcare and Security Compliance Analysis Reports are completed pursuant to requests made by the ICE Office of Professional Responsibility (OPR), External Reviews and Analysis Unit (ERAU), to ICE contractors to assess compliance with ICE Performance-Based National Detention Standards (PBNDS) governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the relevant facility's healthcare services, a detention summary, a narrative chronology of events, and conclusions.<br><br>2.) Detainee Death Review Reports.  The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security.  The reports include details of the review, facility profile, immigration and criminal history, a chronology of events, findings, and areas of concern.<br><br>**Redaction(s):**<br>Redactions were applied to portions of these pages that pertain to specifics regarding officer transport of detainee to the hospital.  The information includes the number of officers utilized, vendor information pertaining to detainee transportation, procedures pertaining to officers riding in the ambulance and procedures for officers following an ambulance and how security is maintained and potential vulnerabilities pertaining to this security.  Additionally, portions of these pages also include information on the specifics regarding how detainees are transported between facilities, including the number of detainees transported at one time and the number of officers utilized during transport.<br><br>**Reason(s) for Redaction(s):**<br>Exemption (b)(7)(E) was applied to portions of these pages to protect the disclosure of security information pertaining to the transportation of detainees.  Specifically, the information includes the number of officers involved in transport, numbers of detainees transported at a time, routes of travel, and potential stops, and specifics on how security is maintained when detainees are transported to the hospital. The release of which, could reveal techniques and/or procedures for law enforcement investigations or prosecutions | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E) |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | or disclose guidelines for law enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law. This information is not commonly known.<br><br>The number of officers involved in transport, numbers of detainees transported at a time, routes of travel, and potential stops, and specifics on how security is maintained when detainees are transported to the hospital represent techniques and/or procedures pertaining to the detainees.  Specifically, the disclosure of this information would risk interference with maintain the security associated with the transport of detainees, as the knowledge of this information would potentially allow bad actors to interfere with detainee transport, based on the knowledge of how this transport occurs and the number of officers involved.  The release of this information could place law enforcement officers and the public at risk, by compromising the security of detainee transport, leading to a threat to the public, as well as to law enforcement officers, should bad actors learn how these transports take place.<br><br>Disclosure of these techniques and practices could also assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken during enforcement operations, as the information includes specifics on how detainees are transported. Release of this information could aid bad actors in assisting with detainee escapes, and/or target detention officers.  Additionally, release of the information could also assist detainees themselves in targeting detention staff and/or escaping from custody.  How law enforcement officers transport detainees and maintain security during the transport are law enforcement techniques and/or procedures that are not commonly known.  The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities.<br><br>How law enforcement staff the transport of detainees is also a law enforcement guideline under Exemption (b)(7)(E), the release of which could reasonably be expected to risk circumvention of the law. This information is not commonly known.<br>Release in the number of officers involved in transport, would risk interference with maintaining the security associated with the transport of detainees, as the knowledge of this information would potentially allow bad actors to interfere with detainee transport, based on the knowledge of how this transport occurs and the number of officers involved.  The release of this information could place law enforcement officers and the | |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | public at risk, by compromising the security of detainee transport, leading to a threat to the public, as well as to law enforcement officers, should bad actors learn how these transports take place. | |
| 2022-ICLI-00008<br><br>***Healthcare and Security Compliance Analysis Reports***<br>Pages:<br>**088**(middle box), **089**(top and middle boxes), **090a**(top and middle boxes), **091**(top and middle boxes), **092**(top and bottom box), **093**(middle box), **094a**(top box) **972a** (portions of FN 41), **1305a**(portions of the second paragraph under facility description), **1310a**(portions of the second to last sentence of paragraph four), **1337**(portions of third bullet point), **1338a**(portions of the second paragraph of the third bullet point, **1438a**(portions of the first paragraph and FN 25), **1443a**(fourth bullet under areas of concern), **1539a**(second sentence of last bullet point), | Partial | **Document(s):**<br>1.) Healthcare and Security Compliance Analysis Reports.  The Healthcare and Security Analysis reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the facility's healthcare services, a detention summary, a narrative chronology of events, and conclusions.<br><br>2.) Detainee Death Review Reports.  The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security.  The reports include details of the review, facility profile, immigration and criminal history, chronology of events, findings, and areas of concern.<br><br>**Redaction(s):**<br>Redactions were applied to portions of these pages that pertain to specifics regarding where security and surveillance cameras are located at the relevant facilities.  The information includes specific locations of the cameras, both internal and external to the facilities, as well as security vulnerabilities based on the locations of the cameras. Additionally, portions of the documents contain screen shots from the subject cameras that disclose where the cameras are located and also depict internal portions of the detention facilities.<br><br>**Reason(s) for Redaction(s):**<br>Exemption (b)(7)(E) was applied to portions of these pages to protect the disclosure of security and surveillance cameras located at the relevant facilities, as well as internal photographs of the facilities. Specifically, the information includes the locations of the cameras, both internal and external to the facilities, as well as security vulnerabilities based on the locations of the cameras, the release of which, could reveal techniques and/or procedures for law enforcement investigations or prosecutions which could | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E) |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| **1549a**(portions of the last paragraph)<br><br>***Detainee Death Review Reports***<br>Pages:<br>**702**(part 4),<br>**1030a**(portion of FN 167), **1602a**(portions of part 4), **1627a**(portions of FN 177),<br>**1636a**(portions of the first bullet point) | | reasonably be expected to risk circumvention of the law. This information is not commonly known.<br><br>How law enforcement officers secure detention facilities, where security and where surveillance cameras are located represent techniques and/or procedures pertaining to the detainees.  Specifically, the disclosure of this information would risk interference with maintaining the security of the detention facilities as the knowledge of where security and surveillance cameras are located, as well as potential vulnerabilities in this surveillance would potentially allow bad actors to interfere with detainee detention and risk the security of the facilities, based on the knowledge of where these cameras are located and how they are used.  Additionally, information on the vulnerabilities in surveillance would allow bad actors to threaten facility security through the knowledge of how enter or exit the facilities without detection. The release of this information could place law enforcement officers and the public at risk, by compromising the security of detention facilities, leading to a threat to the public, as well as to law enforcement officers, should bad actors obtain access to this information.<br><br>Disclosure of these techniques and practices could also assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken during enforcement operations, as the information includes specifics on the security and surveillance capabilities of the relevant facilities. Bad actors could use this information to enter the facility without authorization and could also aid detainees themselves in avoiding detection based on knowledge of where the cameras are located.  This knowledge could also assist bad actors and detainees themselves in attempts to escape from the relevant facilities. How law enforcement officers maintain security, including through the use and placement of security and surveillance cameras are law enforcement techniques and/or procedures that are not commonly known.  The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities. | |
| 2022-ICLI-00008<br><br>***Healthcare and Security Compliance Analysis Reports*** | Partial | **Document(s):**<br>1.) Healthcare and Security Compliance Analysis Reports.  The Healthcare and Security Compliance Analysis Reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E) |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| Pages: **063a**(portions of the first paragraph), **067**(portions of FN 57), **092**(portions of second paragraph), **368**(portions of first and second paragraphs) (Under healthcare services), **1272**(portions of the first paragraph), **1317**(portions of the note), **1318**(portions of the first and second paragraphs), **1322**(portions of the third full paragraph) **1335**(portions of the second bullet point), **1338a**(portions of the first bullet), **1339a**(portions of the first paragraph) **1391a**(portions of the first paragraph), **1394**(portions of the first, second, and third sentences of the first paragraph), **1395**, **1402**(portions of the first bullet point under area of concern), **1405**(portions of the first paragraph under healthcare services),**1435**(portions | | the facility's healthcare services, a detention summary, a narrative chronology of events, and conclusions.<br><br>2.) Detainee Death Review Reports.  The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security.  The reports include details of the review, facility profile, immigration and criminal history, chronology of events, findings, and areas of concern.<br><br>**Redaction(s):**<br>Redactions were applied to portions of these pages that pertain to specifics regarding staffing numbers, staffing shortages and potential security vulnerabilities based on staffing at the relevant facilities, as well as specifics on what portions of the facilities are staffed when.<br><br>**Reason(s) for Redaction(s):**<br>Exemption (b)(7)(E) was applied to portions of these pages to protect the disclosure of specifics regarding staffing numbers, staffing shortages and potential security vulnerabilities based on staffing at the relevant facilities, as well as specifics on what portions of the facilities are staffed when, the release of which, could reveal techniques and/or procedures for law enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law. This information is not commonly known.<br><br>How law enforcement officers secure the detention facilities, including the number of staff and what specifics of what portions of the facility are staffed when represent techniques and/or procedures pertaining to the detainees.  Specifically, the disclosure of this information would risk interference with maintaining the security of the detention facilities as the knowledge of how many staff are at the facility and potential vulnerabilities based on the number of staff.  The knowledge of this information would potentially allow bad actors to interfere with detainee detention and risk the security of the facilities, based on this knowledge.  Additionally, information on the vulnerabilities in staffing would allow bad actors to threaten facility security. The release of this information could place law enforcement officers and the public at risk, by | |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| of the first paragraph), **1438a**(first sentence of third paragraph) **1442a**(portions of the first bullet point), **1489**(portions of the last sentence), **1490a**(portions of the first paragraph), **1519a**(portions of the last sentence in the first paragraph), **1534**(portions of the third full paragraph), **1539a**(first sentence of last bullet point), **1542a**(portions of the second and third paragraphs)<br><br>***Detainee Death Review Reports***<br>Pages:<br>**733**(portions of FN36), **746**(portions of the second sentence of paragraph 3), **1027a** (portions of the fourth paragraph), **1038**(portions of paragraph 7), **1577**(portions of FN 78) | | compromising the security of detention facilities, leading to a threat to the public, as well as to law enforcement officers, should bad actors obtain access to this information.<br><br>Disclosure of these techniques and practices could also assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken during enforcement operations, as the information includes staffing numbers, vulnerabilities, as well as when portions of the facilities are staffed and when they are not. Bad actors could utilize this information to avoid detection within the facility and/or target detention based on knowledge of how many officers are in the facility at a given time and where the officers are within the facility. Additionally, this information could also aid detainees in attempts to escape, based on knowledge of what portions of the facility are unstaffed.  How law enforcement officers maintain security at detention facilities are law enforcement techniques and/or procedures that are not commonly known.  The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities.<br><br>Additionally, how law enforcement staff detention facilities is also a law enforcement guideline under Exemption (b)(7)(E), the release of which could reasonably be expected to risk circumvention of the law. This information is not commonly known.<br><br>The number of staff located at the relevant facility, would risk interference with maintaining the security associated with the detention of ICE detainees, as the knowledge of this information would potentially allow bad actors to interfere with detention security, based on the knowledge of how many staff are located at a particular facility and potential vulnerabilities therefrom. The release of this information could place law enforcement officers and the public at risk, by compromising the security of detention facilities, leading to a threat to the public, as well as to law enforcement officers, should bad actors learn how and when the relevant detention facilities are staffed. | |
| 2022-ICLI-00008<br><br>***Detainee Death Review Reports*** | Partial | **Document(s)**<br>1.)  Detainee Death Review Reports.  The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE | Freedom of Information Act 5 U.S.C. § 552 |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| Pages: **627**(portions of FN 8 and 9, and portions of first and second paragraphs) **628**(portions of the eighth bullet point and portions of FN 22), **632**(portions of the second and third paragraphs), **647a**(portions of the third paragraph), **648**(portions of the first and fourth paragraph), **649**(portions of the first paragraph), **752**(portions of the fifth and sixth paragraphs and FN 15), **812**(portions of the last paragraph), **813**(portions of the first, third, fifth and sixth paragraphs and FN 18), **871**(portions of the second paragraph), **891**(portions of the first and fourth paragraphs and FN 5), **969b**(portions of the last paragraph), **970a**(portions of the | | custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security.  The reports include details of the review, facility profile, immigration and criminal history, chronology of events, findings, and areas of concern.<br><br>2.) Mortality Review Reports. The Mortality Review Reports include the findings of the mortality reviews completed by ICE, which is an evaluation of a deceased detainee's medical history and clinical care provided to the detainee to ascertain both cause of death and whether changes to ICE policies, procedures, or practices are warranted; to provide recommendations for follow-up actions; and to identify issues that require further study.  The Reports include an executive summary of the facts and circumstances of the death, mortality findings, detailed medical review, strengths of the are provided, weaknesses in the care provided, and recommendations.<br><br>**Redaction(s):**<br>Portions of these pages were redacted that contained information on confidential immigration information that survives the death of the non-citizens, as well as information that could reasonably be expected to constitute an unwarranted invasion of individuals' personal privacy interests.<br><br>**Reason(s) for Redaction(s)[1]:**<br>Exemption (b)(3) was asserted to immigration information that is deemed confidential by statute and/or regulation.  Specifically, this information was withheld as it is covered by non-disclosure statutes/regulations that mandate the confidentiality of the information and that survive the death of the non-citizens at issue.  The statutes and/or regulations at issue specifically exempt this information from disclosure and the pages at issue contain information exempted from disclosure pursuant to statute and/or regulation. Given that the safety of the survivors may be at issue should the information as to the statute and/or regulation that apply be disclosed, ICE is not disclosing the subject statutes and/or regulations. | (b)(3)[2], (b)(6), (b)(7)(c) |

---

[1] Please note that given the confidential nature of this information, ICE is only providing a general overview of this category of records.  Should the Court require additional information as it pertains to these categories of records, ICE is in agreement to provide the pages for in camera review.

[2] Please note that Plaintiff identified page 966 as a page they wished to challenge pertaining to (b)(3).  However, that page was re-released in full as page 966a and is simply the table of contents to a Detainee Death Report. Thus, ICE will not be including page 966 in the *Vaughn* Index.

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| second, third, fourth, fifth paragraphs and FN 10, 11 and 12)<br><br>**Mortality Review Reports**<br>Pages:<br>**402**(portions of the second paragraph),<br>**438**(portions of the first paragraph) | | Additionally, ICE is also asserting Exemptions (b)(6) and (b)(7)(C) to protect this information as it could reasonably be expected to constitute an unwarranted invasion of individuals' survivor privacy interests.  Specifically, the information withheld contains specifics on confidential immigration information that could reasonably be expected to constitute an unwarranted invasion of individuals' personal privacy interests in: not being associated with alleged criminal activity; being free from harassment, criticism, intimidation, legal consequences, economic reprisals, embarrassment, undue public attention, physical harm, and derogatory inferences and suspicion; and potential danger should the information be released.<br><br>The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities.  Furthermore, the survivors' privacy interests in this information outweighs any minimal public interest that could possibly exist in the disclosure of this information. | |
| 2022-ICLI-00008<br><br>*Detainee Death Review Reports*<br>Pages:<br>**702**(portions of part 2),<br>**738a**(portions of paragraphs 1 and 2),<br>**745**(portions of FN 125), **746**(portions of the last sentence of paragraph 3),<br>**843a**(portions of paragraphs 10 and 11),<br>**698**(portions of the second paragraph and FN 35), **1282**(portions of FN 83)<br><br>*Healthcare and Security Compliance Analysis Reports* | Partial | **Document(s):**<br>    1.) Healthcare and Security Compliance Analysis Reports.  The Healthcare and Security Compliance Analysis Reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the facility's healthcare services, a detention summary, a narrative chronology of events, and conclusions.<br><br>    2.) Detainee Death Review Reports.  The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security.  The reports include details of the review, facility profile, immigration and criminal history, chronology of events, findings, and areas of concern.<br><br>**Redaction(s):**<br>Redactions were applied to portions of these pages that pertain to specifics regarding the internal security and internal security vulnerabilities at the relevant detention facilities. The information includes specifics on security features utilized by the relevant detention facilities, specific times of security rounds, specific times that head counts are | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E) |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| Pages: 088(portions of the first and second paragraphs), 1310a(portions of paragraph 4) 1338a(portions of the first paragraph of the third bullet point) 1339a(portions of the first paragraph),1393a(portions of the last paragraph), 1394(last and second to last sentences of the first paragraph), 1396 (portions of the first full paragraph), 1421(portions of the first paragraph) 1438a(portions of the third paragraph), 1439a(portions of the first paragraph), 1443a(second bullet point under areas of concern), 1525(portions of the first sentence), 1534(portions of the second full paragraph), 1540a(portions of the second sentence) | | conducted, specifics on internal security features including the securing and opening of interior and cell doors, security visibility of certain portions of the facilities, as well as specifics as to clothing of detainees and security staff and potential vulnerabilities in all of these security procedures.<br><br>**Reason(s) for Redaction(s):**<br>Exemption (b)(7)(E) was applied to portions of these pages to protect the disclosure of specifics regarding internal security at the relevant facilities, what security features are utilized to keep the facilities secure, as well as potential vulnerabilities in those security features, the release of which, could reveal techniques and/or procedures for law enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law. The information includes specifics on the features employed to prevent the escape of detainees, including when rounds and headcounts are conducted, how the interior of the facility is made secure, including information on how interior doors and cells are opened and closed, security visibility at portions of the facility, clothing of detainees and staff and potential vulnerabilities of these security procedures.  This information is not commonly known.<br><br>How law enforcement officers secure the detention facilities, including the internal security features employed represent techniques and/or procedures pertaining to the detention of detainees.  Specifically, the disclosure of this information would risk interference with maintaining the security of the detention facilities as the knowledge of how the facilities are secured and potential vulnerabilities based on those security features.  The knowledge of this information would potentially allow bad actors to interfere with detainee detention and risk the security of the facilities, based on this knowledge.  Additionally, information on the vulnerabilities of internal facility security would allow bad actors to threaten facility security. The release of this information could place law enforcement officers and the public at risk, by compromising the security of detention facilities, leading to a threat to the public, as well as to law enforcement officers, should bad actors obtain access to this information.<br><br>Disclosure of these techniques and practices could also assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken during enforcement operations, as the information includes internal facility security features and potential vulnerabilities that would assist bad actors in either attempting escape from the relevant facilities or attempt unauthorized | |

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | entry into the facilities.  Based on this information and potential vulnerabilities in security, bad actors could utilize the information to avoid detection, as well as to gain unauthorized access to the relevant facilities.  Additionally, the information could also allow detainees themselves to access portions of the facility without authorization and also escape from the detention facilities.  How law enforcement officers maintain security at detention facilities are law enforcement techniques and/or procedures that are not commonly known.  The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities. | |
| 2022-ICLI-00008

***Healthcare and Security Compliance Analysis Reports***
Pages:
**1305a**(portions of the second Paragraph),
**1338a**(second paragraph in the third bullet point and portions of the fourth bullet point)

***Detainee Death Review Reports***
Pages:
**885**(portions of the fourth bullet point) | Partial | **Document(s):**
1.) Healthcare and Security Compliance Analysis Reports.  The Healthcare and Security Compliance Analysis Reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the facility's healthcare services, a detention summary, a narrative chronology of events, and conclusions.

2.) Detainee Death Review Reports.  The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security.  The reports include details of the review, facility profile, immigration and criminal history, chronology of events, findings, and areas of concern.

**Redaction(s):**
Redactions were applied to portions of these pages that pertain to specifics regarding external security and security vulnerabilities at the relevant detention facilities.  The information includes specifics on security features utilized by the relevant detention facilities, as well as potential vulnerabilities in those security features.

**Reason(s) for Redaction(s):**
Exemption (b)(7)(E) was applied to portions of these pages to protect the disclosure of specifics regarding external security at the relevant facilities, what security features are utilized to keep the facilities secure, as well as potential vulnerabilities in those security | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E) |

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | features, the release of which, could reveal techniques and/or procedures for law enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law. The information includes specifics on the features employed to prevent the escape of detainees, as well as to prevent bad actors from entering the relevant facilities, including when external rounds are conducted, how the security perimeter is made secure, and how the exterior is monitored and made secure.  This information is not commonly known.

How law enforcement officers secure the detention facilities, including the external security features employed represent techniques and/or procedures pertaining to the detention of detainees.  Specifically, the disclosure of this information would risk interference with maintaining the security of the detention facilities as the knowledge of how the facilities are secured and potential vulnerabilities based on those security features.  The knowledge of this information would potentially allow bad actors to interfere with detainee detention and risk the security of the facilities, based on this knowledge.  Additionally, information on the vulnerabilities in external facility security would allow bad actors to threaten facility security. The release of this information could place law enforcement officers and the public at risk, by compromising the security of detention facilities, leading to a threat to the public, as well as to law enforcement officers, should bad actors obtain access to this information.

Disclosure of these techniques and practices could also assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken during enforcement operations, as the information includes internal facility security features and potential vulnerabilities that would assist bad actors in either attempting escape from the relevant facilities or attempt unauthorized entry into the facilities.  Based on this information and potential vulnerabilities in security, bad actors could utilize the information to avoid detection, as well as to gain unauthorized access to the relevant facilities.  Additionally, the information could also allow detainees themselves to access portions of the facility without authorization and also escape from the detention facilities.  How law enforcement officers maintain security at detention facilities are law enforcement techniques and/or procedures that are not commonly known.  The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities. | |

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| 2022-ICLI-00008<br><br>***Healthcare and Security Compliance Analysis Reports***<br>Pages:<br>**063a**(portions of second paragraph), **067**(portions of FN 57), **088**(portions of the second paragraph), **091**(portions of first paragraph), **092**(portions of the last paragraph), **1310a**(portions of paragraphs 3 and 4) , **1393a**(portions of the third paragraph), **1420a**(portions of the last paragraph), **1421**(portions of the first paragraph), **1437a**(portions of the last paragraph), **1438a** (portions of the last sentence in paragraph1), **1522a**(portions of the last paragraph)<br><br>***Detainee Death Review Reports***<br>Pages:<br>**733**(portions of FN 36), **1186**(portions of FN 33) | Partial | **Document(s):**<br>1.) Healthcare and Security Compliance Analysis Reports. The Healthcare and Security Compliance Analysis Reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the facility's healthcare services, a detention summary, a narrative chronology of events, and conclusions.<br><br>2.) Detainee Death Review Reports. The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security. The reports include details of the review, facility profile, immigration and criminal history, chronology of events, findings, and areas of concern.<br><br>**Redaction(s):**<br>Portions of these pages were withheld that disclose specifics pertaining to the layout of the facilities, location of cells, layout of all portions of the facility including a description of how the facility is laid out and what is located where, location of security observation points, location of guard stations,<br><br>**Reason(s) for Redaction(s):**<br>Exemption (b)(7)(E) was applied to portions of these pages to protect the disclosure of specifics regarding the internal and external layout of the relevant facilities. The information includes a play by play of where certain sections of the facility are located, where and how cells are grouped and located, location of observation posts and guard stations, as well as potential vulnerabilities in those security features, the release of which, could reveal techniques and/or procedures for law enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law. The information provides a roadmap of the facilities. This information is not commonly known.<br><br>How law enforcement officers secure the detention facilities, including how detention facilities are organized and structured represent techniques and/or procedures pertaining | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E) |

American Oversight v. ICE - *Vaughn* Index

13

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | to the detention of detainees.  Specifically, the disclosure of this information would risk interference with maintaining the security of the detention facilities as the knowledge of the layout and blueprint of the facilities and potential vulnerabilities based on those security features.  The knowledge of this information would potentially allow bad actors to interfere with detainee detention and risk the security of the facilities, based on this knowledge.  The release of this information could place law enforcement officers and the public at risk, by compromising the security of detention facilities, leading to a threat to the public, as well as to law enforcement officers, should bad actors obtain access to this information.  Disclosure of these techniques and practices could also assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken during enforcement operations, based on the knowledge of where things are located within the facilities, including the location of observation points and guard stations.  Bad actors could utilize this information to target detention staff, and also gain unauthorized access to the facilities.  Additionally, detainees could utilize this information to avoid detection and also attempt to escape from the facility. How law enforcement officers maintain security at detention facilities are law enforcement techniques and/or procedures that are not commonly known.  The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities. | |
| 2022-ICLI-00008  ***Healthcare and Security Compliance Analysis Report***  Pages:  **067**(Portions of FN 57) **088**(portions of second paragraph), **092**(portions of the first paragraph), **093**(portions of last paragraph), **094a**(portions of first sentence), **1437a**(portions of the | Partial | **Document(s):**<br>1.  Healthcare and Security Compliance Analysis reports.  The Healthcare and Security Compliance Analysis Reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the facility's healthcare services, a detention summary, a narrative chronology of events, and conclusions.<br><br>2.  Detainee Death Review Reports.  The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security.  The | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E) |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| second sentence of the second to last paragraph)<br><br>***Detainee Death Review Report***<br>Pages:<br>**1186**(portions of FN 33),<br>**1275a**(portions of the third paragraph),<br>**1286a**(portions of the last sentence of the second to last paragraph),<br>**1302a**(portions of the last paragraph),<br>**1595**(portions of the first paragraph and portions of FN 205),<br>**1598a**(portions of the first paragraph) | | reports include details of the review, facility profile, immigration and criminal history, chronology of events, findings, and areas of concern.<br><br>**Redaction(s):**<br>Portions of these pages were withheld that disclose detainee numbers in specific portions of the relevant detention facilities.<br><br>**Reason(s) for Redaction(s):**<br>Exemption (b)(7)(E) was applied to portions of these pages to protect the disclosure of specifics regarding the concentration and number of detainees located in certain sections of the relevant detention facilities, the release of which, could reveal techniques and/or procedures for law enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law. This information is not commonly known.<br><br>How law enforcement officers secure the detention facilities, including the number of detainees located in certain portions of the facilities represent techniques and/or procedures pertaining to the detainees.  Specifically, the disclosure of this information would risk interference with maintaining the security of the detention facilities as the knowledge of how many detainees are concentrated in which portions of the facility and potential vulnerabilities in the facilities based on these detainee numbers. The knowledge of this information would potentially allow bad actors to interfere with detainee detention and risk the security of the facilities, based on this knowledge. Additionally, this information would allow bad actors to threaten facility security. The release of this information could place law enforcement officers and the public at risk, by compromising the security of detention facilities, leading to a threat to the public, as well as to law enforcement officers, should bad actors obtain access to this information.<br><br>Disclosure of these techniques and practices could also assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken during enforcement operations. How law enforcement officers maintain security at detention facilities, including how many detainees are located in certain portions of the facility are law enforcement techniques and/or procedures that are not commonly known.  The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities. | |

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| 2022-ICLI-00008 Pages: **477a**(first bullet point under recommendations) | Partial | **Document(s):** Mortality Review Reports. The Mortality Review Reports include the findings of the mortality reviews completed by ICE, which is an evaluation of a deceased detainee's medical history and clinical care provided to the detainee to ascertain both cause of death and whether changes to ICE policies, procedures, or practices are warranted; to provide recommendations for follow-up actions; and to identify issues that require further study.  The Reports include an executive summary of the facts and circumstances of the death, mortality findings, detailed medical review, strengths of the are provided, weaknesses in the care provided, and recommendations. **Redaction(s):** Portions of these pages were withheld that disclose non-final recommendations pertaining to the training of staff. **Reason(s) for Redaction(s):** Exemption (b)(5) was applied to these pages to protect documents that are normally privileged in the civil discovery context, including the deliberative process privilege. This information was withheld to protect the integrity of the deliberative or decision-making processes within the agency by exempting from disclosure the opinions and recommendations suggested in the mortality reports. This information does not reflect final agency actions or policy; instead, it is a reflection of an issue the author has determined to be, in his/her judgment, worthy of discussion or consideration by colleagues or superiors, and its release would only serve to confuse the public. This privilege protects not merely documents, but also the integrity of the deliberative process itself where the exposure of that process would result in harm. This portion of the report is pre-decisional, as they were generated before the final adoption of the agency's final position as it pertained to the implementation of the any of the recommendations pertaining to potential training of detention staff.  These portions of the reports are also deliberative as they contain the give-and-take of the consultative process and assess the merits of particular viewpoints and comments. Release of this material would expose the opinions, advice, or recommendations offered in the course of agency decision making.  The release of this internal information would likewise discourage the expression of candid opinions and inhibit the free and frank exchange of information and ideas between agency personnel, which would chill intra- | Freedom of Information Act 5 U.S.C. § 552 (b)(5) |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | and inter-agency communications and adversely impact the quality of internal policy decisions and the development of ICE agency positions. | |
| 2022-ICLI-00008 Pages: **969b**(portions of the last paragraph) | Partial | **Document(s):**<br>Detainee Death Review Reports.  The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security.  The reports include details of the review, facility profile, immigration and criminal history, chronology of events, findings, and areas of concern.<br><br>**Redaction(s):**<br>Portions of this page were withheld that pertain to information on a pending Homeland Security Investigations (HSI) case.<br><br>**Reason(s) for Redaction(s):**<br>Information on this page was withheld that discloses specifics pertaining to a pending HSI investigation.<br><br>Exemption (b)(7)(E) was applied to information on this page that discloses specific facts pertaining to a pending HSI investigation, the release of which, could reveal techniques and/or procedures for law enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law.  The information is not commonly known.  Disclosure of these techniques and practices could assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken by ICE during enforcement operations, based on this knowledge.  This knowledge could be used to interfere with and thwart these investigations.<br><br>Additionally, ICE is also asserting Exemptions (b)(6) and (b)(7)(C) to protect this information as it could reasonably be expected to constitute an unwarranted invasion of individuals' survivor privacy interests.  Specifically, the information withheld contains specifics on investigatory information pertaining to the deceased detainee that could reasonably be expected to constitute an unwarranted invasion of individuals' survivor privacy interests in: not being associated with alleged criminal activity; being free from harassment, criticism, intimidation, legal consequences, economic reprisals, | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E), (b)(6) and (b)(7)(C) |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | embarrassment, undue public attention, physical harm, and derogatory inferences and suspicion; and potential danger should the information be released.<br><br>The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities. Furthermore, the survivors' privacy interests in this information outweighs any public interest in the information. | |
| 2022-ICLI-00008<br>Pages:<br>**1340a**(last sentence of the second paragraph) | Partial | **Document(s):**<br>Healthcare and Security Compliance Analysis Reports.  The Healthcare and Security Compliance Analysis Reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the facility's healthcare services, a detention summary, a narrative chronology of events, and conclusions.<br><br>**Redaction(s):**<br>Certain portions of this page were withheld as they contain specific information on how law enforcement investigations should take place.  Specifically, the information contains specifics on how interviews of detainee witnesses should take place during the course of detainee death investigations.<br><br>**Reason(s) for Redaction(s):**<br>Exemption (b)(7)(E) was applied to information on this page that discloses the specific guidance, investigatory processes, investigatory considerations, techniques, and steps pertaining to the interviewing of detainee witnesses during the course of detainee death investigations, the release of which, could reveal techniques and/or procedures for law enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law.<br><br>This section outlines the specific investigatory steps as it relates to detainee interviews in furtherance of detainee death investigations. The information withheld in this section provides specific considerations and investigatory techniques regarding how, when and why the tools and techniques should be utilized to develop accurate and sound detainee death investigations. Disclosure of these techniques and practices could assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken by ICE during enforcement operations, based on this | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E) |

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | knowledge.  This knowledge could be used to interfere with and thwart these investigations. | |
| 2022-ICLI-00008<br><br>***Healthcare and Security Compliance Analysis Reports***<br>Pages:<br>**001-006[3], 007-016[4], 017-040[5], 041-051,[6]107-112,[7] 113-123,[8] 124-149,[9] 150-165,[10] 166-176,[11] 177-236,[12]237-292,[13]293-300,[14]301-305,[15]312-317,[16] 337-355,[17]356-360,[18]361-366, [19]1238-1269,[20]1344-** | Full | **Document(s):**<br>1.) Draft Healthcare and Security Compliance Analysis Reports.  The Healthcare and Security Analysis Compliance Reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the facility's healthcare services, a detention summary, a narrative chronology of events and conclusions.  The final conclusions and analysis of these reports are included in the final Detainee Death Review Reports.<br><br>2.) Draft Root Cause Analysis and Action Plan.  The IHSC Root Cause Analysis and Action Plan, which is used to evaluate and review certain detainee deaths and potential causes, has nine analysis questions and provides a framework to provide a template for answering the analysis questions and aid in organizing the steps in a root cause analysis.  The reports include a brief summary of the subject event, event type, outcome of event, assigned HQ Risk Manager, | Freedom of Information Act 5 U.S.C. § 552 (b)(5) and (b)(7)(E) |

[3] These pages encompass the draft Security Compliance Analysis Report for non-citizen Cipriano-Alvarez.
[4] These pages encompass the draft Healthcare and Security Compliance Analysis Report for non-citizen Cipriano-Alvarez.
[5] These pages encompass the draft Healthcare and Security Compliance Analysis Report for non-citizen Dean.
[6] These pages encompass the draft Security Compliance Analysis Report for non-citizen Dean.
[7] These pages encompass the draft Security Compliance Analysis Report for non-citizen Jally.
[8] These pages encompass the draft Healthcare and Security Compliance Analysis Report for non-citizen Jally.
[9] These pages encompass the draft Healthcare and Compliance Analysis Report for non-citizen Jones.
[10] These pages encompass the draft Security Compliance Analysis for Report non-citizen Jones.
[11] These pages encompass the draft Security Compliance Analysis for Report non-citizen Lee.
[12] These pages encompass a draft Healthcare and Security Compliance Analysis Report for non-citizen Lee.
[13] These pages encompass a draft Healthcare and Security Compliance Analysis Report for non-citizen Lee.
[14] These pages encompass the draft Security Compliance Analysis Report for non-citizen Montes.
[15] These pages encompass the draft Healthcare and Security Compliance Analysis Report for non-citizen Montes.
[16] These pages encompass the draft Security Compliance Analysis Report for non-citizen Perez-Montufa.  Please note that pages 306-311 are duplicates of the information contained in pages 312-317.
[17] These pages encompass the draft Healthcare and Security Compliance Analysis Report for non-citizen Perez-Montufa.  Please note that pages 318-336 are duplicates of the information contained in pages 337-355.
[18] These pages encompass the draft Security Compliance Analysis Report for non-citizen Sabonger-Garcia.
[19] These pages encompass the draft Healthcare and Security Analysis Report for non-citizen Sabonger-Garcia.
[20] These pages encompass the draft Healthcare and Security Compliance Analysis Report for non-citizen Hernandez-Ibarra.

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| **1389,** [21] **1445-1459,** [22] **1460-1464,** [23] **1465-1488** [24]  <br><br> *Root Cause Analysis and Action Plan* [25] <br> Pages: <br> **558-560, 561, 562-565, 566-571, 572, 597-623** | | sequence of events log, process vulnerabilities identified (incidental, root cause, or contributing factors), improvement measures that have already been implemented and headquarters recommendations for national implementation. <br><br> **Redaction(s):** <br> Redactions were applied to these pages as the requested reports are draft, deliberative, and non-final reports.  The information includes internal ICE comments, comment bubbles, edits, reviewer inquiries, follow-up recommendations to be conducted prior to any finalization of the reports, as well as highlighted information [26].  Additionally, the draft reports include information on the location of security cameras, staffing information, security information pertaining to detainee transport, layout of the relevant facilities, as well as internal and external security information and vulnerabilities. <br><br> **Reason(s) for Redaction(s):** <br> Exemption (b)(5) was applied to these pages to protect documents that are normally privileged in the civil discovery context, including the deliberative process privilege. This information was withheld to protect the integrity of the deliberative or decision-making processes within the agency by exempting from disclosure the opinions, edits, comments, conclusions, and recommendations suggested in the unfinalized draft reports. This information does not reflect final agency actions or policy; instead, it is a reflection of an issue the author has determined to be, in his/her judgment, worthy of discussion or consideration by colleagues or superiors, and its release would only serve to confuse the public. This privilege protects not merely documents, but also the integrity of the deliberative process itself where the exposure of that process would result in harm. <br><br> The reports are pre-decisional, as they were generated before the final adoption of the agency's final position as it pertained to the detainee death reviews.  The reports are also deliberative as they contain the give-and-take of the consultative process and assess | |

[21] These pages encompass the draft Healthcare and Security Compliance Analysis Report for non-citizen Ochoa Yoc de Ramirez.
[22] These pages encompass the draft Healthcare and Security Compliance Analysis Report for non-citizen Baten-Oxlaj.
[23] These pages encompass the draft Security Compliance Analysis Report for non-citizen Baten-Oxlaj.
[24] These pages encompass the draft Healthcare and Security Compliance Analysis Report for non-citizen Carcamo-Navarro.
[25] ICE initially also asserted Exemption (b)(7)(E) as it pertains to these pages but is no longer asserting that Exemption.
[26] Although ICE is not required to show that these deliberative documents were ever finalized into a final document, ICE notes that these draft reports were incorporated into the final Detainee Death Reports for the detainees at issue, which have all been provided to the Plaintiff.

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | the merits of particular viewpoints and comments.  Release of this material would expose the opinions, advice, or recommendations offered in the course of agency decision making.<br><br>Additionally, while portions of the document contain factual information, those portions do not represent a full and final recitation of the facts and include comments and edits.  Also, the authors of the reports select specific facts out of a larger group of facts to focus on and highlight, separated the significant from insignificant facts, during the process of forming the agency's final position as it pertained to the detainee death reviews and was part of the agency's internal deliberative process. The very act of which is deliberative in nature.  In addition, the factual information is so integrated with the deliberative material that its disclosure would expose or cause harm to the agency's deliberations.<br><br>The release of this internal information would likewise discourage the expression of candid opinions and inhibit the free and frank exchange of information and ideas between agency personnel, which would chill intra- and inter-agency communications and adversely impact the quality of internal policy decisions and the development of ICE agency positions.  Additionally, disclosure of these draft reports would cause public confusion as the reasons, facts, and rationale contained in the draft reports are non-final and do not represent the agency's final decision.  Disclosure of these draft reports would also lead to premature disclosure of agency deliberations before they are actually adopted by the agency.<br><br>Lastly, any final opinions, comments and the final agency position contained in the draft Healthcare and Security Analysis Reports were included and incorporated into the final Detainee Death Review Reports, all of which have been provided to the Plaintiff.<br><br>Exemption (b)(7)(E)[27] was applied to portions of these documents that include specifics regarding internal and external security at the relevant facilities, what security features are utilized to keep the facilities secure, staffing information, information on the transportation of detainees, location of surveillance cameras, layout of the relevant facilities and detainee numbers, as well as potential vulnerabilities in the security features, the release of which, could reveal techniques and/or procedures for law | |

[27] Please note that specifics pertaining to each category of information and the basis for the assertion of Exemption (b)(7)(E) have also been addressed above.

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law.<br><br>How law enforcement officers secure the detention facilities, including internal and external security features employed, how detainees are transported, the location of surveillance cameras, layout of the facility, staffing numbers and detainee numbers represent techniques and/or procedures pertaining to the detention of detainees. Specifically, the disclosure of this information would risk interference with maintaining the security of the detention facilities as the knowledge of how the facilities are secured and potential vulnerabilities based on those security features.  The knowledge of this information would potentially allow bad actors to interfere with detainee detention and risk the security of the facilities, based on this knowledge.  Additionally, information on the vulnerabilities of internal facility security would allow bad actors to threaten facility security. The release of this information could place law enforcement officers and the public at risk, by compromising the security of detention facilities, leading to a threat to the public, as well as to law enforcement officers, should bad actors obtain access to this information.<br><br>Disclosure of these techniques and practices could also assist bad actors seeking to violate or circumvent the law by taking proactive steps to counter operational and investigative actions taken during enforcement operations, as the information includes internal facility security features and potential vulnerabilities that would assist bad actors in either attempting escape from the relevant facilities or attempt unauthorized entry into the facilities.  How law enforcement officers maintain security at detention facilities are law enforcement techniques and/or procedures that are not commonly known.  The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities. | |
| 2022-ICLI-00008 Pages: **499-502** | Partial | **Document(s):**<br>Root Cause Analysis and Action Plan.  The IHSC Root Cause Analysis and Action Plan, which is used to evaluate and review certain detainee deaths and potential causes, has nine analysis questions and provides a framework to provide a template for answering the analysis questions and aid in organizing the steps in a root cause analysis. The reports include a brief summary of the subject event, event type, outcome of event, assigned HQ Risk Manager, sequence of events log, process vulnerabilities identified (incidental, root cause, or contributing factors), improvement measures that have | Freedom of Information Act 5 U.S.C. § 552 (b)(5) |

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | already been implemented and headquarters recommendations for national implementation.<br><br>**Redaction(s):**<br>Portions of these pages were withheld that disclose non-final deliberative findings pertaining to process vulnerabilities identified.<br><br>**Reason(s) for Redaction(s):**<br>Exemption (b)(5) was applied to these pages to protect documents that are normally privileged in the civil discovery context, including the deliberative process privilege. This information was withheld to protect the integrity of the deliberative or decision-making processes within the agency by exempting from disclosure the opinions, edits, comments, conclusions, and recommendations suggested in the unfinalized draft reports. This information does not reflect final agency actions or policy; instead, it is a reflection of an issue the author has determined to be, in his/her judgment, worthy of discussion or consideration by colleagues or superiors, and its release would only serve to confuse the public. This privilege protects not merely documents, but also the integrity of the deliberative process itself where the exposure of that process would result in harm.<br><br>The reports are pre-decisional, as they were generated before the final adoption of the agency's final position as it pertained to the detainee death reviews.  The reports are also deliberative as they contain the give-and-take of the consultative process and assess the merits of particular viewpoints and comments.  Release of this material would expose the opinions, advice, or recommendations offered in the course of agency decision making.<br><br>Additionally, while portions of the document contain factual information, those portions do not represent a full and final recitation of the facts and include comments and edits. Also, the authors of the reports select specific facts out of a larger group of facts to focus on and highlight, separated the significant from insignificant facts, during the process of forming the agency's final position as it pertained to the detainee death reviews and was part of the agency's internal deliberative process. The very act of which is deliberative in nature.  In addition, the factual information is so integrated with the deliberative material that its disclosure would expose or cause harm to the agency's deliberations. | |

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | The release of this internal information would likewise discourage the expression of candid opinions and inhibit the free and frank exchange of information and ideas between agency personnel, which would chill intra- and inter-agency communications and adversely impact the quality of internal policy decisions and the development of ICE agency positions.  Additionally, disclosure of these draft reports would cause public confusion as the reasons, facts, and rationale contained in the draft reports are non-final and do not represent the agency's final decision.  Disclosure of these draft reports would also lead to premature disclosure of agency deliberations before they are actually adopted by the agency. | |
| 2022-ICLI-00008 Pages: **557** and **596** | Partial | **Document(s):** Root Cause Analysis and Action Plan.  The IHSC Root Cause Analysis and Action Plan, which is used to evaluate and review certain detainee deaths and potential causes, has nine analysis questions and provides a framework to provide a template for answering the analysis questions and aid in organizing the steps in a root cause analysis. The reports include a brief summary of the subject event, event type, outcome of event, assigned HQ Risk Manager, sequence of events log, process vulnerabilities identified (incidental, root cause, or contributing factors), improvement measures that have already been implemented and headquarters recommendations for national implementation.  **Redaction(s):** Portions of these pages were asserted to withhold the first page of draft Event Review, Root Cause Analysis/Action Plan reports.  **Reason(s) for Redaction(s):** Exemption (b)(5)[28] was applied to these pages to protect documents that are normally privileged in the civil discovery context, including the deliberative process privilege. This information was withheld to protect the integrity of the deliberative or decision-making processes within the agency by exempting from disclosure the opinions, edits, comments, conclusions, and recommendations suggested in the unfinalized draft reports. This information does not reflect final agency actions or policy; instead, it is a reflection of an issue the author has determined to be, in his/her judgment, worthy of discussion or consideration by colleagues or superiors, and its release would only serve to confuse the public. This privilege protects not merely documents, but also the | Freedom of Information Act 5 U.S.C. § 552 (b)(5) |

---

[28] Please note that ICE also asserted Exemption (b)(7)(E) to these pages but will no longer be asserting this Exemption.

American Oversight v. ICE - *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | integrity of the deliberative process itself where the exposure of that process would result in harm.<br><br>The reports are pre-decisional, as they were generated before the final adoption of the agency's final position as it pertained to the detainee death reviews.  The reports are also deliberative as they contain the give-and-take of the consultative process and assess the merits of particular viewpoints and comments.  Release of this material would expose the opinions, advice, or recommendations offered in the course of agency decision making.<br><br>Additionally, while portions of the document contain factual information, those portions do not represent a full and final recitation of the facts and include comments and edits.  Also, the authors of the reports select specific facts out of a larger group of facts to focus on and highlight, separated the significant from insignificant facts, during the process of forming the agency's final position as it pertained to the detainee death reviews and was part of the agency's internal deliberative process. The very act of which is deliberative in nature.  In addition, the factual information is so integrated with the deliberative material that its disclosure would expose or cause harm to the agency's deliberations.<br><br>The release of this internal information would likewise discourage the expression of candid opinions and inhibit the free and frank exchange of information and ideas between agency personnel, which would chill intra- and inter-agency communications and adversely impact the quality of internal policy decisions and the development of ICE agency positions.  Additionally, disclosure of these draft reports would cause public confusion as the reasons, facts, and rationale contained in the draft reports are non-final and do not represent the agency's final decision.  Disclosure of these draft reports would also lead to premature disclosure of agency deliberations before they are actually adopted by the agency. | |

American Oversight v. ICE - *Vaughn* Index