UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-3030 (TNM) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion for Summary Judgment, any responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendants' Motion is GRANTED, and it is further

ORDERED that summary judgment is granted in Defendants' favor on Plaintiff's claims in this action. This is a final appealable order.

It is SO ORDERED this _____ day of _____, 2023.

_____
TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE