UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-3030 (TNM) |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO PROVIDE DECLARATION AND VAUGHN INDEX FOR IN CAMERA, EX PARTE REVIEW**

Defendants, the U.S. Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE"), hereby notify the Court that its Motion for Leave to File Second Declaration and *Vaughn* Index ("Motion for Leave"), under seal and for *ex parte* review, ECF No. 20, which was filed on March 3, 2023, is withdrawn. Plaintiff has clarified that it will not be challenging Defendants' (b)(6) and (b)(7)(C) withholdings as outlined in the *Vaughn* and Declaration submitted in Defendants' Motion for Summary Judgment, ECF No. 21. Accordingly, Defendants withdraw their Motion for Leave.

\*   \*   \*

Dated: March 24, 2023
      Washington, DC

                    Respectfully submitted,

                    MATTHEW M. GRAVES, D.C. Bar #481052
                    United States Attorney

                    BRIAN P. HUDAK
                    Chief, Civil Division


By:       */s/ Fithawi Berhane*
      FITHAWI BERHANE
      Assistant United States Attorneys
      601 D Street, NW
      Washington, DC 20530
      (202) 252-6653
      Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*