IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-03030 (TNM) |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff American Oversight ("Plaintiff") respectfully moves for summary judgment on all claims in its Complaint. There are no genuine issues of material fact as to any of Plaintiff's claims, and judgment as a matter of law in Plaintiff's favor is appropriate. This motion is supported by the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment, Plaintiff's Combined Statement of Material Facts as to Which There Is No Genuine Issue and Response to Defendants' Statement of Material Facts, and the Declaration of Taylor Stoneman. A proposed order is also attached. Pursuant to Local Rule 7(f), Plaintiff requests that the Court schedule an oral hearing on this motion.

Dated: April 7, 2023                        Respectfully submitted,

*/s/ Taylor Stoneman*
Taylor Stoneman
D.C. Bar No. 888155721
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1319
taylor.stoneman@americanoversight.org

*Counsel for Plaintiff*