IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 21-cv-03030 (TNM) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) ) | |
| *Defendants*. | ) ) | |

# DECLARATION OF TAYLOR STONEMAN IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, TAYLOR STONEMAN, hereby declare as follows:

1. I am an attorney at American Oversight, the plaintiff in the above-captioned litigation. I submit this Declaration in support of Plaintiff's Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment. The facts set forth in this Declaration are true and of my own personal knowledge.

2. News Releases posted by U.S. Immigration and Customs Enforcement ("ICE") can be accessed on the page of ICE's website titled "News Releases and Statements," available at https://www.ice.gov/newsroom. By filtering according to the topic "Detainee Death Notifications," a viewer can access news releases related to individuals who have died in ICE custody. On February 3, 2023, I accessed ICE's website and downloaded the news releases available for the following individuals:

    a. Gourgen Mirimanian

  b. Roxsana Hernandez
  c. Huy Chi Tran
  d. Augustina Ramirez-Arreola
  e. Wilfredo Padron
  f. Mergensana Amar
  g. Guerman Volkov
  h. Abel Reyes-Clemente
  i. Simratpal Singh
  j. Pedro Arriago-Santoya
  k. Roberto Rodriguez-Espinoza
  l. Nebane Abienwi
  m. Roylan Hernandez-Diaz
  n. Anthony Aluseye Akinyemi
  o. Samuelino Mavinga
  p. Ben James Owen
  q. David Hernandez-Colula
  r. Maria Celeste Ochoa-Yoc De Ramirez
  s. Ramiro Hernandez-Ibarra
  t. Carlos Ernesto Escobar-Mejia
  u. Chuong Woong Ahn
  v. Santiago Baten-Oxlaj
  w. Onoval Perez-Montufa
  x. Luis Sanchez-Perez
  y. James Thomas Hill
  z. Kuan Hui Lee
  aa. Jose Freddy Guillen Vega
  bb. Fernando Sabonger-Garcia
  cc. Cipriano Chavez Alvarez
  dd. Romien Jally
  ee. Anthony Jones
  ff. Felipe Montes
  gg. Jesse Dean
  hh. Diego Fernando Gallego Agudelo

  3.  Attached as **Exhibit A** are true and correct copies of PDF versions of the news releases for the above-listed individuals who died in ICE custody.

  4.  At the time of the filing of Plaintiff's Cross-Motion for Summary Judgment, news releases referencing all but four of the individuals listed in Plaintiff's Freedom of Information Act ("FOIA") Requests are available on ICE's website. The individuals for whom news releases are

not available are Efraín Romero de la Rosa, Alberto Hernandez-Fundora, Orlan Ariel Carcamo-Navarro, or Óscar López Acosta.

5. On May 2, 2022, I emailed counsel for Defendants with certain questions about ICE's first production. On May 5, 2022, Defendants' counsel responded by email. Attached as **Exhibit B** is a true and correct copy of that email exchange.

6. Certain of ICE's detention policies and directives are available on ICE's website at https://www.ice.gov/information-library/detention-policies. On October 25, 2021, ICE issued Directive 11003.5: "Notification, Review, and Reporting Requirements for Detainee Deaths." Attached as **Exhibit C** is a true and correct copy of ICE Directive 11003.5.

7. ICE provides information about its detention standards on a page of ICE's website titled "ICE Detention Standards," available at https://www.ice.gov/factsheets/facilities-pbnds. On this page, ICE lists the several sets of ICE national detention standards, including the Performance-Based National Detention Standards, and the dates the standards were revised. As of the filing of this declaration, the ICE Detention Standards webpage was last updated on February 24, 2023. Attached as **Exhibit D** is a true and correct copy of a PDF version of the ICE Detention Standards webpage.

8. ICE produced records to American Oversight on April 5, May 5, June 3, June 30, August 5, October 6, November 4, and December 16, 2022, as well as on March 3 and March 31, 2023.

9. In ICE's November 4, 2022 production, the agency re-released 21 pages of records to American Oversight, lifting redactions from certain pages. ICE also re-released 139 pages of records to American Oversight on March 3, 2023, lifting additional redactions from certain pages. The revised bates numbering of the records retains the original page number, adding an "a" or "b"

at the end depending on whether it was the first or second time the particular page had been re-released.

10. Attached as **Exhibit E** is an excerpted page from the March 3, 2023 re-release, labeled with the bates number 63a. The excerpted page is the first page of the Detainee Death Review for Jose Freddy Guillen-Vega.

11. Attached as **Exhibit F** are three excerpted pages from the Detainee Death Review Report for Alberto Hernandez-Fundora, labeled with the bates numbers 846, 846a, and 846b. Page 846 was first produced to American Oversight on May 5, 2022, then re-released on November 4, 2022, and March 3, 2023.

12. Attached as **Exhibit G** are two tables summarizing the the types of reports requested and received by Plaintiff for each deceased detainee. Table 1 provides an overview of the numbers of reports requested and received by Plaintiff. Table 2 specifies which reports were requested and received for each detainee listed in Plaintiff's seven FOIA requests. I compiled these tables based on my review of the records produced by ICE to Plaintiff.

13. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2023                                    Respectfully submitted,

                                                        _____

**Index of Exhibits**

| Exhibit | Description |
|---|---|
| A | PDF downloads of ICE Detainee Death Notification News Releases |
| B | May 2022 Email Exchange with Defendants' Counsel |
| C | ICE Directive 11003.5: Notification, Review, and Reporting Requirements for Detainee Deaths |
| D | PDF download of ICE Detention Standards webpage |
| E | Excerpted page 63a |
| F | Excerpted pages 846, 846a, and 846b |
| G | Tables summarizing reports requested and received by Plaintiff |