# Exhibit A

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call <u>1-866-DHS-2-ICE</u>
Report Crime

ICE    NEWSROOM

APRIL 12, 2018 • DALLAS, TX • DETAINEE DEATH NOTIFICATIONS

# Dallas-area ICE detainee passes away at local hospital

DALLAS — An Armenian man held in the custody of U.S. Immigration and Customs
Enforcement (ICE) died Tuesday morning at the Texas Health Huguley Hospital (THHH)
in Fort Worth, Texas. An autopsy is scheduled to determine his cause of death.

Gourgen Mirimanian, 54, entered ICE custody at the Prairieland Detention Center (PDC) in
Alvarado, Texas, on Feb. 6, 2018.

On April 10, 2018, staff at PDC found Mirimanian unresponsive on his bunk. PDC medical
staff performed CPR and contacted emergency medical services (EMS). EMS transported
Mirimanian to THHH where medical staff declared Mirimanian deceased at 9:12 a.m.

Mirimanian first entered the United States on April 28, 1994, in Los Angeles, California,
on a temporary visitor's visa. On July 30, 2013, the U.S. District Court for the Southern
District of New York convicted Mirimanian of racketeering conspiracy, an aggravated
felony; he was sentenced to 60 months' incarceration.

On Dec. 12, 2017, ICE deportation officers encountered Mirimanian at a Bureau of Prisons facility in Fort Worth, and lodged an immigration detainer on him. On Feb. 6, 2018, the Bureau of Prisons released Mirimanian to ICE custody pursuant to the immigration detainer.

Based on his aggravated felony conviction, on March 6, 2018, an immigration judge ordered Mirimanian removed to Armenia. Both ICE and Mirimanian waived appeal of the judge's decision.

Consistent with the agency's protocols, the appropriate state health and local law enforcement agencies have been notified about the death, as have the Department of Homeland Security's Office of Inspector General and ICE's Office of Professional Responsibility. Additionally, ICE is coordinating Mirimanian's death notification to the Armenian Embassy, as well as to his next of kin. Mirimanian is the fourth detainee to pass away in ICE custody in fiscal year 2018, which began Oct. 1, 2017.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $180 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                              ▬

For media inquiries about this release, call (214) 905-5292.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

 An official website of the United States government

Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**

Report Crime

ICE     NEWSROOM

MAY 25, 2018 • EL PASO, TX • DETAINEE DEATH NOTIFICATIONS

# ICE detainee from Honduras passes away in New Mexico hospital

EL PASO, Texas — A Honduran woman who was in the custody of U.S. Immigration and Customs Enforcement (ICE) died early Friday at the Lovelace Medical Center (LMC) in Albuquerque, New Mexico. An autopsy is pending to determine her cause of death.

Jeffry Hernandez, 33, entered ICE custody on May 13 at the San Luis Regional Detention Center (SLRDC) in San Luis, Ariz. Two days later, Hernandez was transferred to the El Paso Processing Center in El Paso, Texas, and on May 16 Hernandez arrived at the Cibola County Correctional Center in Milan, New Mexico.

On May 17, Hernandez was admitted to Cibola General Hospital with symptoms of pneumonia, dehydration and complications associated with HIV. Later in the day she was transferred via air ambulance to LMC, where she remained in the intensive care unit until her passing.  LMC medical staff pronounced her deceased May 25 at 3:32 a.m. (MDT), and identified the preliminary cause of death as cardiac arrest.

On May 9, 2018, Hernandez was processed as an expedited removal when she applied for admission at the San Ysidro Port of Entry in California. Six days later, on May 15, Hernandez was transferred to the Cibola County Correctional Center.

Between 2005 and 2009, Hernandez twice illegally entered the United States; she was granted voluntarily return to Mexico each time since she claimed Mexican nationality when encountered by immigration officials. On Jan. 23, 2014, she illegally re-entered the country a third time; she was arrested, processed and removed March 11, 2014.

In April 2006, she was convicted of theft. On May 12, 2009, she was convicted of lewd, immoral, and indecent conduct and prostitution. Both convictions were in Dallas. On Jan. 27, 2014, Hernandez was convicted of illegal entry.

Consistent with the agency's protocols, the appropriate state health and local law enforcement agencies have been notified about this death, as have the Department of Homeland Security's Office of Inspector General and ICE's Office of Professional Responsibility. Additionally, ICE has notified the Consulate of Honduras in Houston, of Hernandez's death, and Honduran consular officials will attempt to notify her next of kin.

Hernandez is the sixth detainee to pass away in ICE custody in fiscal year 2018, which began Oct. 1, 2017.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $250 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                 —

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

JUNE 16, 2018 • ELOY, AZ • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away at the Eloy Detention Facility

ELOY – A Vietnamese national, who was in the custody of U.S. Immigration and Customs
Enforcement (ICE) died Tuesday morning at the Banner Casa Grande Medical Center in
Casa Grande, Arizona. An autopsy is pending to determine the official cause of death.

Huy Chi Tran, 47, was admitted into the United States as a legal permanent resident on
June 25, 1984. He was ordered removed to Vietnam by an Immigration Judge on
September 21, 2004, based on a criminal conviction stemming from charges related to
aggravated assault.

Mr. Tran's most recent transfer into ICE custody was May 25, 2018, in Tucson, Arizona,
upon his release from incarceration with the Arizona Department of Corrections. He was
transferred to the Eloy Detention Center (EDC) on May 28, 2018, pending removal to
Vietnam.

On June 5, 2018, Mr. Tran was found unresponsive in his residential unit later that
afternoon. Local paramedics were called to the EDC, and Mr. Tran was transported to the
Banner Casa Grande Medical Center for emergency treatment.

On June 12, 2018, hospital staff at Banner Casa Grande Medical Center notified ICE that Mr. Tran was declared deceased at 9:20 a.m.

Consistent with the agency's protocols, the appropriate state health and local law enforcement agencies have been advised about the death, as have the Department of Homeland Security's Office of Inspector General and the ICE Office of Professional Responsibility. Additionally, ICE notified the local Vietnam Consulate of Mr. Tran's death.

Mr. Tran is the seventh detainee to pass away in ICE custody in fiscal year 2018, which began Oct. 1, 2017.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $180 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                            ▬

For media inquiries about this release, call (619) 436-0594.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE      NEWSROOM

JULY 27, 2018 • SAN DIEGO, CA • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away

SAN DIEGO – A 62-year-old Mexican woman in the custody of U.S. Immigration and
Customs Enforcement (ICE) died Wednesday night at the Alvarado Hospital in La Mesa,
California. An autopsy is pending to determine the official cause of death.

Augustina Ramirez-Arreola was pronounced dead by medical staff at the hospital at
approximately 10:45 p.m. At the time her death, hospital staff identified the preliminary
cause of death as complications from surgery. Ms. Ramirez had been transferred to the
hospital earlier in the day for scheduled surgery to treat a heart abnormality.

According to DHS records, Ms. Ramirez-Arreola applied for admission into the United
States at the San Ysidro Port of Entry without proper entry documents on May 21, 2018.
She was processed as an Expedited Removal case and transferred to ICE custody at the
Otay Mesa Detention Center on June 3, 2018, pending the outcome of her immigration
proceedings. She was ordered removed by an Immigration Judge on July 23, 2018 and was
pending removal to Mexico at the time of her death.

Ms. Ramirez-Arreola was previously processed as an Expedited Removal on Nov. 20, 2013 after applying for admission into the United States at the San Ysidro Port of Entry without proper entry documents. She was returned to Mexico on Nov. 22, 2013. Database checks indicate she has no criminal history in the U.S.

Consistent with the agency's protocols, the appropriate state health and local law enforcement agencies have been notified about this death, as have the Department of Homeland Security's Office of Inspector General and ICE's Office of Professional Responsibility. Additionally, ICE has notified the Consulate of Mexico in San Diego of Ms. Ramirez' death.

Ms. Ramirez is the ninth detainee to pass away in ICE custody in fiscal year 2018, which began Oct. 1, 2017.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $250 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                    ▬

For media inquiries about this release, call (619) 436-0594.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

## Immigration Enforcement

 An official website of the United States government

Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call <u>1-866-DHS-2-ICE</u>

Report Crime

ICE     NEWSROOM

NOVEMBER 2, 2018 • MIAMI, FL • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away at Monroe County Hospital

MIAMI – A Cuban national in the custody of U.S. Immigration and Customs Enforcement
at the Monroe County Detention Center (MCDC) in Key West, Florida, died Thursday at an
area hospital after he was found unresponsive in his cell and efforts by facility staff and
emergency personnel to revive him were unsuccessful.

Wilfredo Padron, 58, was pronounced dead at Lower Keys Medical Center (LKMC) in Key
West, at 7:17 a.m. The official cause of death remains under investigation but it is believed
to be cardiac-related natural causes. MCDC staff found Padron unresponsive in his cell
Thursday at approximately 6:41 a.m. and immediately began cardiopulmonary
resuscitation (CPR) and also used an Automated External Defibrillator. At 6:49 a.m. the
Key West Fire Department arrived and transported him to LKMC where he was
pronounced dead.

Consistent with the agency's protocols, the appropriate state health and local law
enforcement agencies have been notified about the death, as have the Department of
Homeland Security's Office of Inspector General and the ICE Office of Professional
Responsibility. Additionally, ICE has advised Cuban Embassy representatives.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the rate of the U.S. detained population as a whole. This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations, the Office of Professional Responsibility and the Office of the Principal Legal Advisor.

Mr. Padron had multiple prior criminal convictions in Florida and Texas and entered ICE custody Aug. 15 pursuant to a final order of removal issued by an immigration judge in November 2001. He was in custody pending his removal from the U.S. in accordance with federal law, agency policy and the order of the courts.

Mr. Padron is the first individual to pass away in ICE custody in fiscal year 2019.

Updated: 08/30/2022

MEDIA INQUIRIES —

For media inquiries about this release, call (305) 597-6032.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom


U.S. Immigration and Customs Enforcement

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call <u>1-866-DHS-2-ICE</u>
Report Crime

ICE     NEWSROOM

NOVEMBER 26, 2018 • TACOMA, WA • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away at local hospital

TACOMA, Wash. – Mergensana Amar, 40, a Russian national in the custody of U.S. Immigration and Customs Enforcement (ICE) was removed from life support Saturday afternoon, after attempting to take his own life on Nov. 15.

After finding Amar unresponsive in his cell at the Northwest Detention Center on Nov. 15, medical staff at the detention center immediately called 911 and began efforts to resuscitate him. Amar was rushed to Saint Joseph's Medical Center in Tacoma, admitted to the hospital's intensive care unit, and placed on life support. While Amar remained on life support through Nov. 24, medical records will mark his official date of passing as Nov. 18, as brain activity ceased on that day. The preliminary cause of death has been identified as anoxic brain injury due to asphyxiation.

Despite his previous participation in a hunger strike, Amar remained in good physical health prior to this incident and was monitored daily by ICE Health Service Corps medical professionals. While he refused meals provided by the detention center for a number of days, he began consuming fresh fruit, electrolytes and meal replacement shakes on Sep.

19, consuming sufficient calories to be removed from hunger strike status on October 16. ICE has not previously released the timeline of his hunger strike status due to Amar's repeated threats to resume the hunger strike should its end be made public.

Consistent with the agency's protocols, the appropriate state health and local law enforcement agencies have been notified about the death, as have the Department of Homeland Security's Office of Inspector General and the ICE Office of Professional Responsibility. Additionally, ICE has advised Russian consular representatives. Since Amar's hospitalization last week, ICE, through the assistance of the Russian Embassy, successfully contacted his next of kin. Pursuant to policy, a thorough investigation of this incident will be conducted by the appropriate parties.

ICE Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $250 million on the spectrum of healthcare services provided to detainees.

Amar was placed in ICE custody after he sought admission at a U.S. port of entry without the proper documentation to enter or remain in the United States. He was afforded due process and was subject to an executable final order of removal on November 5, 2018. Amar was scheduled for removal in the month of November.

Amar is the second detainee to pass away in ICE custody in fiscal year 2019.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                      ▬

For media inquiries about this release, call (425) 282-7362.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call 1-866-DHS-2-ICE
Report Crime

ICE     NEWSROOM

DECEMBER 3, 2018 • JACKSONVILLE, FL • DETAINEE DEATH NOTIFICATIONS

# Russian national in ICE custody passes away at Florida hospital

JACKSONVILLE, Fla. – A Russian national in the custody of U.S. Immigration and Customs
Enforcement (ICE) at the Baker County Detention Center died Friday afternoon at a
Jacksonville hospital after he went into cardiac arrest and efforts by hospital medical staff
to revive him were unsuccessful.

Guerman Volkov, 56, was pronounced dead at Memorial Hospital Jacksonville. Mr. Volkov
died two days after he was discharged from another Jacksonville hospital after he made
the decision to discontinue all medical treatment. The official cause of Mr. Volkov's death
is under investigation but is believed to be cardiac-related natural causes.

Baker County Detention Center previously transported Mr. Volkov to Ed Fraser Memorial
Hospital in Macclenny, Florida, for assessment and treatment Nov. 26 after Baker County
medical staff noted abnormal vital signs. The hospital subsequently transferred Mr.
Volkov to Memorial Hospital in Jacksonville the same day where medical staff admitted
Mr. Volkov for evaluation and treatment of hypovolemia.

Two days later, on Wednesday, Memorial Hospital notified Baker County Detention Center that the hospital was discharging Mr. Volkov due to his decision to refuse all medical treatment. Upon his return to ICE custody, Baker County Detention Center placed Mr. Volkov under medical observation.

On Friday, at approximately 11:48 a.m., facility medical staff called Baker County EMS due to Mr. Volkov experiencing shortness of breath. EMS arrived at the facility at approximately 12:05 p.m. and transported him to University of Florida Health Jacksonville Hospital where he arrived at 12:59p.m. Mr. Volkov went into cardiac arrest at approximately 1:11 p.m. and hospital medical staff performed cardiopulmonary resuscitation and advanced life support for nearly an hour until medical staff pronounced him dead at 1:59 p.m.

Consistent with the agency's protocols, the appropriate state health and local law enforcement agencies have been notified about the death, as have the Department of Homeland Security's Office of Inspector General and the ICE Office of Professional Responsibility. Additionally, ICE has advised Russian Embassy representatives.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the rate of the U.S. detained population as a whole. This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations, the Office of Professional Responsibility and the Office of the Principal Legal Advisor.

Mr. Volkov had multiple prior criminal convictions in Florida and had entered ICE custody in June 2017 as an unlawfully present foreign national due to overstaying his non-immigrant visa. A federal immigration judge subsequently ordered him removed from the U.S. in December 2017. He was in custody pending his removal from the U.S. in accordance with federal law, agency policy and the order of the courts.

Mr. Volkov is the third individual to pass away in ICE custody in fiscal year 2019.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                    ▬

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

APRIL 5, 2019 • FLORENCE, AZ • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away at the Florence Service Processing Center

FLORENCE – A Mexican national in the custody of U.S. Immigration and Customs Enforcement (ICE) at the Florence Service Processing Center (SPC) passed away Wednesday morning after efforts by medical staff and local paramedics to revive him were unsuccessful. An autopsy is pending to determine the official cause of death.

Following his release from the Maricopa County Jail on February 26, 2019, Abel Reyes-Clemente, 54, was transferred to ICE custody after serving jail time on a misdemeanor conviction for driving under the influence. Relevant records indicate Mr. Reyes had been repatriated five times, most recently in 2008.

On April 1, 2019, Mr. Reyes was placed into medical observation at the SPC after presenting signs and symptoms of influenza. On April 3, 2019, at 6:12 a.m., facility personnel found Mr. Reyes unresponsive and not breathing, and alerted the ICE Health Service Corps (IHSC) medical staff. IHSC responded, began life-saving efforts and

contacted local paramedics. Upon arrival, the paramedics continued attempts to revive Mr. Reyes, and contacted doctors at the Mountain Vista Medical Center (MVMC). At 6:33 a.m., MVMC declared Mr. Reyes deceased.

Consistent with the agency's protocols, the appropriate state health and local law enforcement agencies have been advised about the death, as have the Department of Homeland Security's Office of Inspector General and the ICE Office of Professional Responsibility. Additionally, ICE has notified the Mexican Consulate of Mr. Reyes's death.

Mr. Reyes is the fourth detainee to pass away in ICE custody in fiscal year 2019.

IHSC ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                    ▬

For media inquiries about this release, call (602) 200-2220.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

## Immigration Enforcement

## Combating Transnational Crime

## Newsroom

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call <u>1-866-DHS-2-ICE</u>
Report Crime

ICE    NEWSROOM

MAY 6, 2019 • PHOENIX, AZ • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away at the La Paz County Jail

PHOENIX – An Indian national in the custody of U.S. Immigration and Customs
Enforcement (ICE) at the La Paz County Jail (LPCJ) passed away Friday morning after
efforts by medical staff to revive him were unsuccessful. An autopsy is pending to
determine the official cause of death.

After posting bond on charges of assault and sexual assault, Simratpal Singh, 21, was
transferred to ICE custody on May 2, 2019 at the LPCJ while he awaited transfer to an ICE
facility. On the same date, LPCJ personnel found Mr. Singh unresponsive and not
breathing. Local paramedics were called, and Singh was transported via ambulance to the
La Paz Regional Hospital in Parker, AZ, and subsequently airlifted to the Abrazo West
Campus Hospital (AWCH) in Goodyear, AZ. On May 3, 2019, at 1:58 a.m., AWCH declared
Mr. Singh deceased.

Consistent with the agency's protocols, the appropriate state health and local law
enforcement agencies have been advised about the death, as have the Department of
Homeland Security's Office of Inspector General and the ICE Office of Professional
Responsibility. Additionally, ICE has notified the Indian Consulate of Mr. Singh's death.

Mr. Singh is the fifth detainee to pass away in ICE custody in fiscal year 2019.

Updated: 10/08/2020

## MEDIA INQUIRIES                                                                          —

For media inquiries about this release, call (602) 200-2220.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom



### ICE Contact Center

Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov

**An official website of the U.S. Department of Homeland Security**

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call <u>1-866-DHS-2-ICE</u>
Report Crime

ICE        NEWSROOM

JULY 25, 2019 • ATLANTA, GA • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away at Georgia hospital

ATLANTA – A 44-year old Mexican national in the custody of U.S. Immigration and
Customs Enforcement at the Stewart Detention Facility in Lumpkin, Georgia, died
Wednesday afternoon at an area hospital.

Pedro Arriago-Santoya (a.k.a. Fabian Valdovinos-Salgado, Antonio Valdez-Baldera,
Fortino Mendiola, Pedro Santivilla-Arroba, Pedro Santoya, and Pedro Carillo-Santos), was
pronounced dead by medical staff at the Piedmont Midtown Medical Center in Columbus,
Georgia, at 3:10 p.m. Medical staff identified Mr. Arriago-Santoya's preliminary cause of
death as cardio-pulmonary arrest secondary to multi-organ system failure, endocarditis,
dilated cardiomyopathy with a low ejection fraction and respiratory failure.

On July 20, at 12:57 p.m., Mr. Arriago-Santoya initially complained to staff at the Stewart
Detention Center of abdominal pain. He was promptly seen by a nurse practitioner at
Stewart who conducted a medical assessment, and Mr. Arriago-Santoya was then
transferred that same day via ambulance to the Southwest Georgia Regional Hospital in
Cuthbert, Georgia.

The following day, July 21, at 1:30 p.m., Mr. Arriago-Santoya was transferred from the Southwest Georgia Regional Hospital to the Piedmont Midtown Medical Center for surgery consultation due to suspected gall bladder disease.

Mr. Arriago-Santoya subsequently went into cardiac arrest at the Piedmont Midtown Medical Center July 22 at 3:57 a.m. Medical staff performed life-saving measures to include cardiopulmonary resuscitation (CPR) and the use of an Automated External Defibrillator that successfully restored his pulse and oxygen levels. Mr. Arriago-Santoya was then placed on a ventilator and moved to the hospital intensive care unit where he remained intubated, on mechanical ventilation, and comatose.

On July 24 at approximately 2:40 p.m. Mr. Arriago-Santoya again went into cardiac arrest, and medical staff again initiated CPR; however, the attending hospital physician pronounced him deceased at approximately 3:10 p.m.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's Office of Inspector General, and the ICE Office of Professional Responsibility. Additionally, ICE has advised Mexican consular representatives who advised they have been unable to locate any next of kin for Mr. Arriago-Santoya.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a small fraction of the rate of the U.S. detained population as a whole.

This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations, the Office of Professional Responsibility and the Office of the Principal Legal Advisor.

Mr. Arriago-Santoya entered ICE custody April 24 in Appling County, Georgia, pursuant to an ICE immigration detainer following his release from local criminal custody after his March 30 arrest by local law enforcement for public drunkenness and probation violations stemming from a prior May 2015 disorderly conduct conviction in Chatham County, Georgia.

Mr. Arriago–Santoya subsequently received all appropriate legal process before the federal immigration courts, and a federal immigration judge ordered him removed from the U.S. to Mexico on June 6. He was in ICE custody awaiting removal to his country of citizenship in accordance with that judicial removal order.

Mr. Arriago–Santoya is the seventh individual to pass away in ICE custody in Fiscal Year 2019.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                    —

For media inquiries about this release, call (504) 329-2588.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom



**ICE Contact Center**
Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov
**An official website of the U.S. Department of Homeland Security**

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call <u>1-866-DHS-2-ICE</u>
Report Crime

ICE    NEWSROOM

SEPTEMBER 12, 2019 • CHICAGO, IL • DETAINEE DEATH NOTIFICATIONS

# ICE detainee from Mexico passes away at Illinois hospital

CHICAGO — A Mexican man in the custody of U.S. Immigration and Customs Enforcement
(ICE) housed at the McHenry County Adult Correctional Facility (MCACF) in Woodstock,
Illinois, died September 10 at an area hospital.

Roberto Rodriguez-Espinoza, 37, was pronounced dead by medical staff at Northwestern
Medicine Central DuPage Hospital in Winfield, Illinois, Sept. 10 at 9:35 p.m. The attending
physicians identified Rodriguez-Espinoza's preliminary cause of death as a subdural
hematoma.

On Sept. 3, 2019, ICE encountered Rodriguez-Espinoza, a documented Latin Kings gang
member with a 2016 burglary conviction and 2008 theft conviction, in Chicago and placed
him into custody at MCACF.

On the day of his arrest, during his intake screening, Rodriguez-Espinoza admitted to
daily consumption of alcohol. On Sept. 7, facility staff observed Rodriguez-Espinoza
acting confused and the facility's physician ordered Rodriguez-Espinoza transported to

the Northwestern Medicine Woodstock Hospital emergency room in Woodstock, Illinois, for further evaluation due to his confusion and history of alcohol consumption.

On Sept. 8, the hospital transferred him via ambulance to Northwestern Medicine Huntley Hospital, in Huntley, Illinois, where he was diagnosed with a brain hemorrhage. He was then transferred to Central DuPage Hospital for a neurosurgery consult. Rodriguez-Espinoza failed to respond during a neurological exam performed upon arrival at Central DuPage and the attending neurosurgeon advised that Rodriguez-Espinoza was unlikely to survive surgery.

ICE contacted the Mexican Consulate to inform them of Rodriguez-Espinoza's medical status and to request assistance locating his next of kin. Mexican Consular officials subsequently advised that Rodriguez-Espinoza had no known next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a small fraction of the rate of the U.S. detained population as a whole.

This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations, the Office of Professional Responsibility and the Office of the Principal Legal Advisor.

Comprehensive medical care is provided to all individuals in ICE custody. Staffing for detainees includes registered nurses and licensed practical nurses, licensed mental health providers, mid-level providers like physician assistants and nurse practitioners, and a physician. Detainees also have access to dental care and 24-hour emergency care. Pursuant to its commitment to the welfare of those in the agency's custody, ICE spends more than $260 million annually on the spectrum of healthcare services provided to detainees.

Rodriguez-Espinoza is the eighth individual to pass away in ICE custody in fiscal year 2019.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                      ▬

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE        NEWSROOM

OCTOBER 2, 2019 • SAN DIEGO, CA • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away at Chula Vista hospital

SAN DIEGO – A 37-year-old Cameroon man in the custody of U.S. Immigration and
Customs Enforcement (ICE) passed away Tuesday afternoon at Sharp Chula Vista Medical
Center where he was undergoing treatment for a brain hemorrhage since Sept. 26.

Nebane Abienwi, a detainee at the Otay Mesa Detention Center (OMDC) in San Diego, was
rushed to Sharp's Chula Vista Medical Center Thursday after experiencing a hypertensive
event in the middle of the night. ICE Health Service Corps staff at OMDC contacted
emergency medical services, which began immediate treatment upon arrival.

Physicians at the medical center provided treatment after Mr. Abienwi remained
nonresponsive to questions and appeared to be paralyzed on his left side. He remained
hospitalized at the Chula Vista hospital until his passing yesterday.

Medical staff at the Sharp Chula Vista Medical Center pronounced Mr. Abienwi dead Oct. 1.
The medical staff identified the cause of death as brain death secondary to basal ganglia
hemorrhage.

According to DHS records, Mr. Abienwi applied for admission into the United States without proper entry documents Sept. 5 at the San Ysidro Port of Entry. He was transferred to ICE custody Sept.19.

Mr. Abienwi's next of kin and the Consulate General of Cameroon were notified of his death.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a small fraction of the rate of the U.S. detained population as a whole.

This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations, the Office of Professional Responsibility and the Office of the Principal Legal Advisor.

Comprehensive medical care is provided to all individuals in ICE custody. Staffing for detainees includes registered nurses and licensed practical nurses, licensed mental health providers, mid-level providers like physician assistants and nurse practitioners, and a physician. Detainees also have access to dental care and 24-hour emergency care. Pursuant to its commitment to the welfare of those in the agency's custody, ICE spends more than $260 million annually on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                   —

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE      NEWSROOM

OCTOBER 16, 2019 • NEW ORLEANS, LA • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away in Louisiana

NEW ORLEANS – A Cuban man in the custody of U.S. Immigration and Enforcement (ICE)
at the Richwood Correctional Center in Richwood, Louisiana, passed away Tuesday
afternoon at the facility.

Roylan Hernandez-Diaz, 43, was pronounced dead at 2:21 p.m. local time by facility
medical personnel after he was found unresponsive in his cell and efforts by facility staff
and emergency personnel to revive him were unsuccessful. The preliminary cause of death
appears to be self-inflicted strangulation; however, the case is currently under
investigation.

Consistent with the agency's protocols, the appropriate agencies have been notified about
the death, including the Department of Homeland Security's Office of Inspector General,
and the ICE Office of Professional Responsibility.

Additionally, ICE has notified Mr. Hernandez-Diaz's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the rate of the U.S. detained population as a whole.

This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations, the Office of Professional Responsibility and the Office of the Principal Legal Advisor.

Mr. Hernandez-Diaz entered ICE custody May 20, 2019, two days after he was encountered by the U.S. Border Patrol at the Paso Del Norte Port of Entry in El Paso, Texas, and deemed inadmissible under the Immigration and Nationality Act.

He was subsequently transferred into ICE custody pending adjudication of his claim for an immigration benefit. At the time of his death, Mr. Hernandez-Diaz's case was still pending before the federal immigration courts.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                      —

For media inquiries about this release, call (504) 329-2588.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

**About Us**

**Immigration Enforcement**

**Combating Transnational Crime**

**Newsroom**

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

DECEMBER 23, 2019 • WASHINGTON, DC • DETAINEE DEATH NOTIFICATIONS

# Nigerian man in ICE custody passes away in Maryland

WASHINGTON – A Nigerian man in the custody of U.S. Immigration and Enforcement
(ICE) at the Worcester County Jail in Snow Hill, Maryland, passed away Saturday morning
at the facility.

Anthony Oluseye Akinyemi, 56, was pronounced dead at 5:23 a.m. local time December 21,
2019, after he was found unresponsive in his cell and efforts by facility staff and
emergency personnel to revive him were unsuccessful. The preliminary cause of death
appears to be self-inflicted strangulation; however, the case is currently under
investigation.

Consistent with the agency's protocols, the appropriate agencies have been notified about
the death, including the Department of Homeland Security's Office of Inspector General,
and the ICE Office of Professional Responsibility. Additionally, ICE has notified the
Nigerian consulate and Mr. Akinyemi's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations, the Office of Professional Responsibility and the Office of the Principal Legal Advisor.

Mr. Akinyemi had been in ICE custody less than 24 hours. He entered ICE custody December 20, one day after he was convicted in Baltimore City Circuit Court for a sex offense and assault.

ICE had previously lodged an immigration detainer against Mr. Akinyemi July 23, 2019, pursuant to his arrest for sexual abuse of a minor.

Mr. Akinyemi entered the U.S. lawfully on a non-immigrant visa in December 2017, but he failed to comply with the terms of his admission. At the time of his death, Mr. Akinyemi was in removal proceedings before the federal immigration courts.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                —

For media inquiries about this release, call (202) 732-4646.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

## Immigration Enforcement

## Combating Transnational Crime

## Newsroom

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 U.S. Immigration
and Customs
Enforcement

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

JANUARY 1, 2020 • ALBUQUERQUE, NM • DETAINEE DEATH NOTIFICATIONS

# ICE detainee passes away in Albuquerque hospital

ALBUQUERQUE — A 40-year-old native of Angola and citizen of France in the custody of
U.S. Immigration and Customs Enforcement (ICE) died Sunday at the Presbyterian
Hospital in Albuquerque, New Mexico. An autopsy is pending to determine the official
cause of death.

Samuelino Pitchout Mavinga was pronounced dead by medical staff at the hospital at
approximately 12:20 p.m. The preliminary cause of death was identified as cardiac arrest.

Mavinga was transported to the hospital on Dec. 12 for treatment and evaluation of
emaciation, altered mental status, and possible sepsis. Presbyterian Hospital diagnosed
Mavinga with sigmoid volvulus (twisting of the large intestines causing a bowel
obstruction).

According to DHS records, Mavinga was admitted into the United States on Nov. 28, 2018,
by immigration officials at the John F. Kennedy International Airport in New York City
under the Visa Waiver Program. Under the program, he was required to depart the U.S. no
later than Feb. 27, 2019.

On Nov. 11, 2019, U.S. Border Patrol (USBP) officers encountered Mavinga at a USBP checkpoint in Sierra Blanca, Texas; he was taken into USBP custody for remaining in the United States for a period longer than authorized.

Mavinga was transferred into ICE custody on Nov. 12; he was detained at the Otero County Processing Center, in Chaparral, New Mexico, pending his removal from the United States.

On Dec. 11, Mavinga was transferred to the Torrance Country Detention Facility (TCDF) in Estancia, New Mexico. The next day he was transported to the Presbyterian Hospital for medical treatment where he remained until the time of his death.

Consistent with the agency's protocols, the appropriate state health and local law enforcement agencies have been notified about this death, as have the Department of Homeland Security's Office of Inspector General, and ICE's Office of Professional Responsibility. Additionally, ICE has notified the Consulate General of France in Washington D.C.; French consular officials have notified Mavinga's next of kin.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                      —

For media inquiries about this release, call (346) 262-2575.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call 1-866-DHS-2-ICE
Report Crime

ICE      NEWSROOM

JANUARY 27, 2020 • TAMPA, FL • DETAINEE DEATH NOTIFICATIONS

# United Kingdom man in ICE custody passes away in Florida

TAMPA, Fla. – A United Kingdom man in the custody of U.S. Immigration and Enforcement (ICE) at the Baker County Detention Center in Macclenny, Florida, passed away Saturday evening at the facility.

Ben James Owen, 39, was pronounced dead at 7:52 p.m. local time January 25, 2020, after he was found unresponsive in his cell and efforts by facility staff and emergency personnel to revive him were unsuccessful. The preliminary cause of death appears to be self-inflicted strangulation; however, the case is currently under investigation.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's Office of Inspector General, and the ICE Office of Professional Responsibility. Additionally, ICE has notified the United Kingdom consulate and Mr. Owen's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of

the national average for the U.S. detained population.

This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations, the Office of Professional Responsibility and the Office of the Principal Legal Advisor.

ICE lodged an immigration detainer against Mr. Owen January 12, 2020, following his arrest that same day by the Port Orange Police Department for felony aggravated stalking after injunction, felony false imprisonment, domestic assault, and violating the conditions of his pre-trial release. At the time of his arrest, Mr. Owen was awaiting trial on a separate pending domestic battery charge pursuant to a November 17, 2019 arrest by the Daytona Beach Police Department.

He entered ICE custody January 15, 2020, following his release from Volusia County criminal custody and was served a Notice to Appear placing him into removal proceedings before the federal immigration courts.

Mr. Owen entered the U.S. lawfully on a non-immigrant visa July 23, 2019, with authorization to remain in the U.S. until December 10, 2019. At the time of his death, Mr. Owen was in removal proceedings before the federal immigration courts.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                    —

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE      NEWSROOM

FEBRUARY 21, 2020 • YOUNGSTOWN, OH • DETAINEE DEATH NOTIFICATIONS

# ICE detainee from Mexico passes away in Ohio

YOUNGSTOWN, Ohio — A Mexican man in the custody of U.S. Immigration and Customs
Enforcement (ICE) at the Northeast Ohio Correctional Center, Youngstown, Ohio, died
Thursday morning at an area hospital.

David Hernandez Colula, 34, was pronounced dead at 1:49 a.m. local time by medical
professionals at Mercy Health-St. Elizabeth Youngstown Hospital, where he was
transported after facility staff found him unresponsive in his cell. Efforts by facility staff
and emergency personnel to revive him were unsuccessful. The preliminary cause of death
appears to be self-inflicted strangulation; however, the case is currently under
investigation.

Consistent with the agency's protocols, the appropriate agencies have been notified about
the death, including the Department of Homeland Security's Office of Inspector General,
and the ICE Office of Professional Responsibility. Additionally, ICE has notified the
Mexican consulate and Mr. Hernandez Colula's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency–wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations, the Office of Professional Responsibility and the Office of the Principal Legal Advisor.

Mr. Hernandez Colula entered ICE custody Dec. 6, 2019, upon release from the St. Joseph County Jail, Centerville, Michigan, following a Dec. 4, 2019 arrest by Sturgis Police Department for an outstanding warrant. He was originally booked into Calhoun County Jail, Battle Creek, Michigan, and transferred Dec. 10, 2019, to NEOCC to continue his immigration proceedings.

Mr. Hernandez Colula was previously apprehended by U. S. Border Patrol Dec. 4, 2014 in Rochester, New York, and transferred into ICE custody pending removal proceedings. He was released on bond Dec. 8, 2014. An immigration judge changed venue to Cleveland, Ohio, following the relocation of Mr. Hernandez Colula.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                        ▬

For media inquiries about this release, call (313) 215-7657.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

## Immigration Enforcement

## Combating Transnational Crime

## Newsroom

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE      NEWSROOM

MARCH 9, 2020 • DALLAS, TX • DETAINEE DEATH NOTIFICATIONS

# ICE detainee from Guatemala passes away in Texas

DALLAS – A Guatemalan woman in the custody of U.S. Immigration and Customs Enforcement (ICE) at the Prairieland Detention Center (PDC) in Alvarado, Texas, died Sunday at an area hospital.

Maria Celeste Ochoa Yoc de Ramirez, 22, was pronounced dead at 8:42 a.m. local time by medical professionals at Texas Health Downtown Fort Worth (THDFW), where she had been hospitalized since Feb. 28.

The cause of death was autoimmune hepatitis, complicated by septic shock and acute liver failure.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Guatemalan consulate and Ochoa's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency–wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

The agency's comprehensive review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

On Sept. 4, 2019, U.S. Border Patrol arrested Ochoa after she illegally entered the United States near Hidalgo, Texas. On Sept. 6, the Border Patrol transferred her to El Valle Detention Facility in Raymondville, Texas, where she entered ICE custody.

On Oct. 8, 2019, USCIS issued Ochoa a Notice to Appear following a positive credible fear determination.  She remained in ICE custody where removal proceedings were initiated with the U.S. Department of Justice (DOJ), Executive Office for Immigration Review (EOIR).

On Feb. 7, Ochoa was hospitalized for a medical procedure, and two days later she underwent surgery. She was medically discharged Feb. 10 and returned to an ICE detention facility. On Feb.13, ERO Dallas transferred Ochoa to the Prairieland Detention Center (PDC) in Alvarado, Texas. And on Feb. 18, ERO Dallas transported Ochoa to an area hospital for additional medical treatment. On Feb 28, she was transferred to THDFW.  She remained hospitalized there until she passed away March 8, 2020.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                      —

For media inquiries about this release, call (915) 857-6084.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

## Immigration Enforcement

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE     NEWSROOM

MARCH 23, 2020 • BROWNSVILLE, TX • DETAINEE DEATH NOTIFICATIONS

# Mexican man in ICE custody passes away in Texas

BROWNSVILLE, Texas — A Mexican man in the custody of U.S. Immigration and Enforcement (ICE) at the Port Isabel Detention Center (PIDC) in Los Fresnos, Texas, died Saturday at an area hospital.

Ramiro Hernandez-Ibarra, 42, was pronounced dead at 5:46 a.m. local time by medical professionals at the Valley Baptist Medical Center, in Harlingen, Texas, where he had been hospitalized since March 19, 2020.

The preliminary cause of death was listed as complications related to septic shock.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Mexican consulate and Hernandez-Ibarra's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

The agency's comprehensive review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

On Dec. 21, 2019, Hernandez-Ibarra was encountered by ICE at the Hidalgo County Jail in Edinburg, Texas, where he was serving a sentence for a domestic violence conviction. On Jan. 15, he entered ICE custody and was taken to PIDC. Hernandez-Ibarra was voluntarily returned to Mexico eight times, beginning in 1999. Initial records checks indicate his criminal history included a federal conviction for illegal entry, and state convictions for domestic assault and driving under the influence.

At the time of his death, Hernandez-Ibarra was awaiting removal proceedings.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                            —

For media inquiries about this release, call (210) 889-5204.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE      NEWSROOM

MAY 7, 2020 • SAN DIEGO, CA • DETAINEE DEATH NOTIFICATIONS, COVID-19

# Salvadoran man in ICE custody passes away in San Diego

SAN DIEGO - A 57-year-old Salvadoran man in U.S. Immigration and Customs
Enforcement (ICE) custody at Otay Mesa Detention Center died yesterday morning at an
area hospital where he was being treated for COVID-19.

On May 6, Carlos Escobar-Mejia was pronounced dead at 2:15 a.m. local time by medical
professionals at the Paradise Valley Hospital in National City, California, where he had
been hospitalized since April 24, after exhibiting COVID-19-related symptoms. A COVID-
19 test was administered April 24 by ICE Health Service Corps (IHSC) and came back
positive that same day. Hospital admissions was notified of the positive test results the
day he was hospitalized. The preliminary cause of death was listed as undetermined.

Consistent with the agency's protocols, the appropriate agencies have been notified about
the death, including the Department of Homeland Security's (DHS) Office of Inspector
General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE
has notified the Salvadoran consulate and Escobar-Mejia's next of kin.

Escobar-Mejia entered ICE custody Jan. 10, following his arrest by U. S. Border Patrol near Campo, California, and was transferred to ICE custody at Otay Mesa Detention Center (OMDC) due to pending removal proceedings. A medical screening conducted by IHSC at OMDC Jan. 11 indicated Mr. Escobar-Mejia had hypertension. He also self-identified as having diabetes.

On Jan. 13, ICE filed a motion for change of venue from Los Angeles to San Diego, California. An immigration judge denied him bond April 15 after deeming him a flight risk.

Escobar-Mejia originally entered the U.S. without admission or parole in 1980. Previously, Escobar-Mejia had entered ICE custody in March 2012 following his arrest on local charges by the Los Angeles Sheriff's Department. He was released on an immigration bond in June 2012. His criminal convictions include grand theft, possession of a controlled substance, receiving known stolen property and DUI.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

The agency's review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

IHSC ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                      —

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE      NEWSROOM

MAY 19, 2020 • BAKERSFIELD, CA • DETAINEE DEATH NOTIFICATIONS

# South Korean man in ICE custody passes away in California

BAKERSFIELD, Calif. - A South Korean man in the custody of U.S. Immigration and Customs Enforcement (ICE) Mesa Verde ICE Processing Center in Bakersfield, California, died Sunday.

Choung Woong Ahn, 74, was pronounced dead at 9:52 p.m. local time May 17, 2020 by medical professionals. Mesa Verde ICE Processing Center staff found Ahn unresponsive in his cell. Efforts by facility staff and emergency personnel to revive him were unsuccessful. The preliminary cause of death appears to be self-inflicted strangulation; however, the case is currently under investigation.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the South Korean consulate and requested that they notify Ahn's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

The agency's comprehensive review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

Ahn was lawfully admitted as a permanent resident to the United States in 1988.

On June 25, 2013, the Superior Court of California, County of Alameda, convicted Ahn for the offense of attempted murder with an enhancement for using a firearm and sentenced him to 10 years in prison.

He entered ICE custody Feb. 21 this year upon his release from Solano State Prison, Vacaville, California and was taken to Mesa Verde ICE Processing Center.

The U. S. District Court of the Northern California District of California denied Ahn's request for bail on May 13. At the time of his death, Ahn was in custody pending removal proceedings.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                                    ▬

 An official website of the United States government
Here's how you know



**The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.



**The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.


U.S. Immigration and Customs Enforcement

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

MAY 25, 2020 • ATLANTA, GA • DETAINEE DEATH NOTIFICATIONS

# Guatemalan man in ICE custody passes away in Georgia

ATLANTA — A Guatemalan man in the custody of U.S. Immigration and Customs Enforcement (ICE) at the Stewart Detention Center in Lumpkin, Georgia, died Sunday at an area hospital.

Santiago Baten-Oxlaj, 34, was pronounced dead at 5:03 a.m. local time by medical professionals at the Piedmont Columbus Regional Hospital, in Columbus, Georgia, where he had been hospitalized since April 17, 2020.

The preliminary cause of death was listed as complications related to COVID-19.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Guatemalan consulate and Baten-Oxlaj's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

The agency's comprehensive review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

On March 2, 2020, ERO Atlanta arrested Baten-Oxlaj at the Marietta, Georgia, Municipal Probation Office pursuant to his conviction for driving under the influence. On March 26, 2020, an Immigration Judge granted Baten-Oxlaj voluntary departure under safeguards to Guatemala.

At the time of his death, Baten was awaiting departure from the United States.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 10/08/2020

MEDIA INQUIRIES                                                                        —

For media inquiries about this release, call (470) 553-4789.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE        NEWSROOM

JULY 13, 2020 • MIAMI, FL • DETAINEE DEATH NOTIFICATIONS

# Mexican man in ICE custody passes away in Florida

MIAMI – A 51-year-old unlawfully present Mexican national subject to mandatory
detention under federal law in the custody of U.S. Immigration and Customs Enforcement
at the Glades County Detention Center (GCDC) in Florida died Sunday afternoon at a Palm
Beach County hospital, where he had been receiving treatment for several weeks. The
preliminary cause of death is undetermined at this time.

Onoval Perez-Montufa, 51, was pronounced dead at 4:27 p.m. local time by hospital
medical staff at the Lakeside Medical Center in Belle Glade, Florida, where he had been
receiving inpatient treatment since July 1 after reporting shortness of breath that same
day to facility staff at the Glades County Detention Center.

A COVID-19 test administered by medical staff at the Glades County Detention Center
came back positive on July 2, and Glades staff promptly notified the hospital. Per the
agency's COVID-19 prevention protocols, all persons are screened upon arrival at all ICE
facilities.

Perez-Montufa initially entered ICE custody on June 15 following his release from federal prison in Massachusetts. Perez-Montufa was released from Federal Medical Center – Devens in Ayer, Massachusetts, after serving more than 12 years of a 20-year prison sentence pursuant to his conviction in February 2008 for conspiracy to distribute, and possession with intent to distribute, 5 kilograms or more of cocaine.

As an aggravated felon, Perez-Montufa was subject to mandatory detention by ICE under federal law. At the time of his death, Perez-Montufa was in ICE custody pending removal to Mexico.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Mexican consulate and Perez-Montufa's next of kin.

The agency's review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

Specific to Coronavirus, ICE has taken extensive precautions to limit the potential spread of COVID-19. An extensive listing of all the precautions and procedures this agency has taken to prevent the potential spread of COVID-19 at ice.gov/coronavirus. ICE makes arrest and custody determinations on a case-by-case basis given the totality of circumstances in each case. Since March, the agency's detained population has declined by more than 40 percent.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or

arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 09/21/2020

MEDIA INQUIRIES                                                                                                    —

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom



## ICE Contact Center

Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov

**An official website of the U.S. Department of Homeland Security**

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call <u>1-866-DHS-2-ICE</u>
Report Crime

ICE      NEWSROOM

JULY 16, 2020 • NEW ORLEANS, LA • DETAINEE DEATH NOTIFICATIONS

# Guatemalan man in ICE custody passes away in Louisiana

NEW ORLEANS — A Guatemalan man in the custody of U.S. Immigration and Enforcement (ICE) at the Catahoula Correctional Center who had been hospitalized at a Monroe, Louisiana, hospital since February 26, passed away on July 15.

Luis Sanchez-Perez, 46, AKA Mauricio Hernandez-Cabrera, 52, was pronounced dead at 11:45 a.m. local time by medical professionals at the Ochsner LSU Monroe Medical Center where he had been receiving inpatient care since February 26, 2020. The preliminary cause of death was ruled by hospital medical staff to be septic shock from pseudomonas leading to cardiopulmonary arrest.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Guatemalan consulate and Sanchez-Perez's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

The agency's comprehensive review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

On January 29, 2020, ICE Enforcement and Removal Operations (ERO) deportation officers took twice-removed unlawfully present Guatemalan national Sanchez-Perez into custody following his release from local criminal custody in Hamilton County, Tennessee, pursuant to his arrest by local authorities January 25 for driving under the influence.

Sanchez-Perez was previously removed from the U.S. to Guatemala in July 1998 and November 2001. He subsequently illegally reentered the U.S. after removal, which is a felony act under federal law.

At the time of his death, Sanchez-Perez was awaiting reinstatement of his removal order to Guatemala.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 09/21/2020

MEDIA INQUIRIES                                                                                        —

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

AUGUST 7, 2020 • WASHINGTON, DC • DETAINEE DEATH NOTIFICATIONS

# Canadian man in ICE custody passes away in Virginia

WASHINGTON – A 72-year-old Canadian national subject to mandatory detention under
federal law in the custody of U.S. Immigration and Customs Enforcement at the
Immigration Centers of America (ICA) Farmville Detention Center in Farmville, Virginia,
died Wednesday night at a Virginia hospital, where he had been receiving treatment for
several weeks. The preliminary cause of death is undetermined at this time.

James Thomas Hill, 72, was pronounced dead at 11:42 p.m. local time by hospital medical
staff at Lynchburg General Hospital in Virginia. After reporting shortness of breath to
facility staff at ICA Farmville July 10, he was admitted to Centra Southside Community
Hospital in Farmville, Virginia, before being transferred to Lynchburg General Hospital
July 11.

A COVID-19 test administered by medical staff at Lynchburg General Hospital came back
positive July 11.

2/3/23, 11:49 AM

Hill entered ICE custody April 15 following his release from the Rivers Federal Correctional Institute in Winton, North Carolina, after serving more than 13 years of a 26-year prison sentence. He was convicted in March 2007 for health care fraud and distributing a controlled substance. An immigration judge ordered his removal May 12.

As an aggravated felon, Hill was subject to mandatory detention by ICE under federal law. At the time of his death, Hill was in ICE custody pending removal to Canada.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Canadian consulate and Hill's next of kin.

The agency's review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

Specific to Coronavirus, ICE has taken extensive precautions to limit the potential spread of COVID-19. An extensive listing of all the precautions and procedures this agency has taken to prevent the potential spread of COVID-19 at ice.gov/coronavirus. ICE makes arrest and custody determinations on a case-by-case basis given the totality of circumstances in each case. Since March, the agency's detained population has declined by more than 40 percent.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 09/21/2020

MEDIA INQUIRIES                                                                              —

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at
(202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom



### ICE Contact Center

Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov

**An official website of the U.S. Department of Homeland Security**

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call <u>1-866-DHS-2-ICE</u>
Report Crime

ICE    NEWSROOM

AUGUST 6, 2020 • MIAMI, FL • DETAINEE DEATH NOTIFICATIONS

# Taiwanese man in ICE custody passes away in Florida

MIAMI – A 51-year-old unlawfully present Republic of China (Taiwan) national in the
custody of U.S. Immigration and Customs Enforcement (ICE) at the Krome Service
Processing Center in Florida died Wednesday afternoon at the Kendall Regional Medical
Center.

Kuan Hui Lee, 51, was pronounced dead at 1:36 p.m. local time by hospital medical staff at
the Kendall Regional Medical Center, where he had been in critical condition with a
diagnosis of a massive intercranial hemorrhage.

Medical staff at Krome Service Processing Center contacted 9-1-1 Emergency Services
after finding Lee unresponsive July 31. Miami-Dade Fire Rescue responded to the 9-1-1
call and transported Lee to Kendall Regional Medical Center where he was admitted to the
Intensive Care Unit for further evaluation and treatment. He remained at Kendall Regional
Medical Center since that date.

Lee initially entered ICE custody Jan. 24, after his arrest by U.S. Border Patrol Jan. 23. Lee, who legally entered the U.S. in 2004, significantly violated the terms of his admission and overstayed his temporary visa status.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Taiwan consulate.

The agency's review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 09/21/2020

MEDIA INQUIRIES                                                                    —

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

AUGUST 12, 2020 • LUMPKIN, GA • DETAINEE DEATH NOTIFICATIONS

# Costa Rican man in ICE custody passes away in Georgia

LUMPKIN, GA — A Costa Rican man in the custody of U.S. Immigration and Customs Enforcement at the Stewart Detention Center in Lumpkin, Georgia, died late Monday at an area hospital. Jose Guillen-Vega, 70, was pronounced dead at 11:37 p.m. local time by medical professionals at the Piedmont Columbus Regional Hospital, in Columbus, Georgia, where he had been hospitalized since Aug. 1, 2020. The preliminary cause of death by hospital medical staff was determined to be cardiopulmonary arrest, secondary to complications of coronavirus disease (COVID-19).

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's Office of Inspector General, and the ICE Office of Professional Responsibility. Additionally, ICE has notified the Costa Rican consulate and Guillen-Vega's next of kin.

On Dec.16, 1999, Guillen-Vega was admitted to the United States at El Paso, Texas, on a nonimmigrant B-2 visa with authorization to remain in the United States until June 15, 2000. Guillen-Vega subsequently remained in the United States beyond June 15, 2000, and became unlawfully present at that time.

On March 15, 2001, Guillen-Vega was convicted of statutory rape and indecent liberties with a child in Lincoln County Superior Court in Lincolnton, North Carolina, for which he was sentenced to 20 years in prison.

On July 10, 2020, ERO Atlanta took custody of Guillen-Vega following his release from state prison in North Carolina. On the same date, ERO Atlanta served him with an administrative removal order as an alien convicted of an aggravated felony. He was subsequently transferred to Stewart Detention Center in Lumpkin, Georgia, July 15, 2020. At the time of his death, Guillen-Vega was awaiting removal to his country of citizenship.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population. The agency's comprehensive review will be conducted by ICE senior leadership, including Enforcement and Removal Operations and the Office of the Principal Legal Advisor.

ICE's Health Service Corps ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay.

All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 09/21/2020

MEDIA INQUIRIES                  ▬

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

SEPTEMBER 1, 2020 • HOUSTON, TX • DETAINEE DEATH NOTIFICATIONS

# Honduran man in ICE custody passes away at Houston-area hospital

HOUSTON — A 50-year-old Honduran man in the custody of U.S. Immigration and
Customs Enforcement (ICE) passed away Aug. 28 at the Conroe Regional Medical Center
(CRMC) in Conroe, Texas. The preliminary cause of death is respiratory failure due to
complications from Coronavirus Disease 2019 (COVID-19).

On Aug. 28, Fernando Sabonger-Garcia, was pronounced dead at 11 a.m. (CDT) by medical
professionals at CRMC. Sabonger-Garcia was transferred to CRMC on July 26 from the Joe
Corley Processing Center after exhibiting COVID-19-related symptoms. A COVID-19 test
was administered by CRMC medical staff on July 26 and came back positive the same day.

On July 7, Sabonger-Garcia first entered ICE custody after being transferred from the U.S.
Marshals Service (USMS). He illegally entered the United States near Brownville, Texas, on
or around Aug. 13, 2019. On Aug. 16, 2019, he was encountered by the U.S. Border Patrol
(USBP) at the Javier Vega Jr. Border Patrol Checkpoint in Sarita, Texas, and taken into
custody.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Honduran Consulate of Sabonger-Garcia's death; Honduran consular officials have notified his next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

The agency's review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 09/21/2020

MEDIA INQUIRIES                                                                                   ▬

For media inquiries about this release, call (346) 262-2575.

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

## About Us

## Immigration Enforcement

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

SEPTEMBER 22, 2020 • ATLANTA, GA • DETAINEE DEATH NOTIFICATIONS

# Mexican man in ICE custody passes away at Georgia hospital

ATLANTA – A 61-year-old Mexican man briefly in the custody of U.S. Immigration and
Customs Enforcement (ICE) following his release from federal prison passed away
Monday at the Piedmont Columbus Regional Hospital in Columbus, Georgia. The
preliminary cause of death was reported by hospital medical officials to be
cardiopulmonary arrest, secondary to complications of coronavirus disease (COVID-19).

Cipriano Chavez-Alvarez was pronounced dead at 4:06 a.m. EDT by medical professionals
at Piedmont Columbus Regional Hospital. Chavez-Alvarez had been admitted to the
hospital from the Stewart Detention Center on August 15, 2020, 15 days after his entry into
ICE custody following his release from the Edgefield Federal Correction Institution in
Edgefield, South Carolina, due to compassionate release on medical grounds due to
chronic illnesses of lymphoma, gout, hyperlipidemia, hypertension and hypothyroidism.

At the time of his release from federal prison, and transfer into ICE custody, Chavez-
Alvarez was serving a life sentence pursuant to his March 1993 conviction in U.S. District
Court of Arizona for conspiracy to possess with intent to distribute cocaine.

At the time of his death, Chavez-Alvarez was in ICE custody pending his removal to Mexico in accordance with a final order of removal issued by a federal immigration judge in Los Angeles on February 27, 1991.

Chavez-Alvarez initially entered ICE custody at the Irwin County Detention Center following his release from federal prison on July 31, 2020. He was then transferred to the Stewart Detention Center on August 5, 2020 for removal, in accordance with the order of the courts.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's Office of Inspector General, and the ICE Office of Professional Responsibility. Additionally, ICE has notified the Mexican Consulate of Chavez-Alvarez's death; Mexican consular officials have notified his next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

The agency's review will be conducted by ICE senior leadership, including Enforcement and Removal Operations and the Office of the Principal Legal Advisor.

ICE's Health Service Corps ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees

Updated: 09/22/2020

MEDIA INQUIRIES                                                                      —

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE    NEWSROOM

SEPTEMBER 26, 2020 • NEW ORLEANS, LA • DETAINEE DEATH NOTIFICATIONS

# Marshallese man in ICE custody passes away at Louisiana hospital

NEW ORLEANS – A 56-year-old Marshallese man in the custody of U.S. Immigration and Customs Enforcement (ICE) following his conviction for sexual assault of a five-year-old child in Washington County, Arkansas, passed away Saturday at the Christus St. Frances Cabrini Hospital in Alexandria, Louisiana. The preliminary cause of death was reported by hospital medical officials to be complications of coronavirus disease (COVID-19).

Romien Jally was pronounced dead at 8:19 a.m. (CDT) by medical professionals at Christus St. Frances Cabrini Hospital. Jally was initially admitted to the Winn Parish Medical Center in Winnfield, Louisiana, on August 25, 2020, with a diagnosis of COVID-19. He was subsequently transferred to Christus St. Frances Cabrini Hospital on August 28 for higher-level care following an additional diagnosis of bacterial pneumonia.

Jally initially entered the U.S. lawfully on October 24, 2003, in Honolulu, Hawaii, under the Compact of Free Association as a nonimmigrant. Jally was taken into ICE custody on May 1, 2020, at the Washington County Jail in Fayetteville, Arkansas, following his conviction that same day of second-degree sexual assault for exposing himself and inappropriately touching a five-year-old child. After registering as a sex offender, Jally was transferred to

the Winn Correctional Center after being served a Notice of Intent to Issue a Final Administrative Removal Order pursuant to his conviction for an aggravated felony, which made him subject to removal under federal law.

At the time of his death, Jally was pending removal to the Marshall Islands in accordance with a final administrative removal order issued August 4, 2020.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Marshallese Consulate of Jally's death; Marshallese consular officials have notified his next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

The agency's review will be conducted by ICE senior leadership, including Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA).

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $269 million on the spectrum of healthcare services provided to detainees.

Updated: 09/27/2020

MEDIA INQUIRIES                                                                        —

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE     NEWSROOM

DECEMBER 18, 2020 • NEW ORLEANS, LA • DETAINEE DEATH NOTIFICATIONS

# Bahamian man in ICE custody passes away in Mississippi

NEW ORLEANS — A Bahamian man in the custody of U.S. Immigration and Enforcement (ICE) passed away Dec. 17 at the Adams County Detention Center in Natchez, Mississippi. The preliminary cause of death is from a heart attack.

Anthony Jones, 51, was pronounced dead at 9:59 a.m. (CST) by medical professionals responding to the Adams County Detention Center emergency room, where Jones had sought treatment that morning.

Jones illegally entered the United States at an unknown date and unknown location. On April 3, 2006, he was transferred into ICE custody from the Florida Department of Corrections and placed into immigration proceedings. On Nov. 8, 2006, an immigration judge (IJ) with the Executive Office for Immigration Review (EOIR) ordered Jones removed from the United States to the Bahamas, however, prior to being able to carry out his removal, he was released on an order of supervision as ICE was unable to secure a valid travel document in order to effect his removal. Following Jones' arrest for aggravated

battery in Broward County, Florida, on Sept. 1, 2009, ICE lodged a detainer with the Broward County Jail. Jones entered ICE custody on Oct. 6, 2009 and was released Oct. 16, 2009 on an order of supervision pending issuance of travel documents.

On April 11, 2019, ICE Enforcement and Removal Operations (ERO) Miami officers took Jones into custody at the Broward County Sheriff's Office in Ft. Lauderdale, Florida, pursuant to his arrest for battery domestic violence. On Oct. 2, 2019, Jones was transferred to the Adams County Detention Center. On Dec. 17, Jones passed away from an apparent heart attack. At the time of his death, Jones was pending removal from the United States.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Bahamian consulate and Jones' next of kin. The agency's comprehensive review will be conducted by ICE senior leadership, including Enforcement and Removal Operations and the Office of the Principal Legal Advisor (OPLA).

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency-wide review of this incident, as it does in all such cases. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

ICE's Health Service Corps (IHSC) ensures the provision of necessary medical care services as required by ICE Performance-Based National Detention Standards and based on the medical needs of the detainee. Comprehensive medical care is provided from the moment detainees arrive and throughout the entirety of their stay. All ICE detainees receive medical, dental and mental health intake screening within 12 hours of arriving at each detention facility, a full health assessment within 14 days of entering ICE custody or arrival at a facility, and access to daily sick call and 24-hour emergency care. Pursuant to our commitment to the welfare of those in the agency's custody, ICE annually spends more than $315 million on the spectrum of healthcare services provided to detainees.

Updated: 12/23/2020

MEDIA INQUIRIES                                                                                          —

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE     NEWSROOM

JANUARY 31, 2021 • ATLANTA, GA • DETAINEE DEATH NOTIFICATIONS

# Mexican man in ICE custody passes away at Georgia hospital

ATLANTA — A 57-year-old Mexican man in the custody of U.S. Immigration and Customs Enforcement (ICE) passed away, Jan. 30, at the Piedmont Columbus Regional Hospital in Columbus, Georgia. The preliminary cause of death was reported by hospital medical officials to be cardiopulmonary arrest, secondary to complications of coronavirus disease (COVID-19).

Felipe Montes was pronounced dead at 12:31 a.m. (EDT) by medical professionals. Montes was admitted into the hospital from the Stewart Detention Center on Jan. 10, two weeks after his arrival into ICE custody on Dec. 28.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Mexican Consulate of Montes' death; Mexican consular officials have notified his next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does following all deaths in custody.

Updated: 01/31/2021

## MEDIA INQUIRIES

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom



**ICE Contact Center**

Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov

**An official website of the U.S. Department of Homeland Security**

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before
sharing sensitive information, make sure you're on a federal
government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official
website and that any information you provide is encrypted and
transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call **1-866-DHS-2-ICE**
Report Crime

ICE        NEWSROOM

FEBRUARY 8, 2021 • DETROIT, MI • DETAINEE DEATH NOTIFICATIONS

# Bahamian man in ICE custody passes away in Michigan

DETROIT — A 58-year-old Bahamian national in the custody of U.S. Immigration and
Customs Enforcement (ICE) passed away, Feb. 5, at the Calhoun County Jail in Battle
Creek, Michigan. The preliminary cause of death was reported by emergency medical
officials to be caused by a medical emergency.

Jesse Jermone Dean Jr., was pronounced dead at 11:38 a.m. (EST) by medical professionals.
Dean was admitted to the jail's medical monitoring unit Feb. 4, by medical staff for
monitoring of prior health complaints he'd made earlier in the day.

Dean was arrested by ICE Dec. 31, 2020, after his release from U.S. Bureau of Prisons at
North Lake Correctional Facility in Baldwin, Michigan, following completion of a 30-year
federal sentence on charges of conspiracy to possess cocaine, possession, conspiracy to
import cocaine, importation of cocaine and use of a communications device in the
commission of a felony.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG) and the ICE Office of Professional Responsibility (OPR). Additionally, ICE has notified the Commonwealth of Bahamas Consulate of Dean's death; consular officials have notified his next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does following all deaths in custody.

Updated: 02/09/2021

MEDIA INQUIRIES                                                                                        —

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom


U.S. Immigration and Customs Enforcement

### ICE Contact Center
Report suspicious activity: 1-866-DHS-2-ICE


ICE.gov

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

 **U.S. Immigration
and Customs
Enforcement**

Call 1-866-DHS-2-ICE
Report Crime

ICE      NEWSROOM

MARCH 17, 2021 • HARLINGEN, TX • DETAINEE DEATH NOTIFICATIONS

# Colombian man in ICE custody passes away in South Texas Hospital

HARLINGEN, Texas — A Colombian man in the custody of U.S. Immigration and Customs Enforcement (ICE) passed away Monday evening at Valley Baptist Medical Center (VBMC) in Harlingen, Texas.

Diego Fernando Gallego-Agudelo, 45, national of Colombia, entered ICE custody at the Port Isabel Detention Center (PIDC) in Los Fresnos, Texas, on March 3. Gallego-Agudelo had been hospitalized since March 6.

On March 2, Gallego-Agudelo was apprehended by U.S. Border Patrol entering the United States near Hidalgo, Texas. On March 3, he was transferred to PIDC. On March 6, he entered the facility's medical health unit with health complaints and was transferred to the hospital that same day. The preliminary cause of death is unknown pending the outcome of an autopsy.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's Office of Inspector General, and the ICE Office of Professional Responsibility. Additionally, ICE has notified the Colombian consulate and Mr. Gallego–Agudelo's next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive agency–wide review of this incident, as it does follow all in-custody deaths. Fatalities in ICE custody, statistically, are exceedingly rare and occur at a fraction of the national average for the U.S. detained population.

This agency's comprehensive review will be conducted by ICE senior leadership to include Enforcement and Removal Operations and the Office of the Principal Legal Advisor.

Updated: 03/17/2021

MEDIA INQUIRIES                                                                      ▬

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom


U.S. Immigration and Customs Enforcement

**ICE Contact Center**
Report suspicious activity: 1-866-DHS-2-ICE