# Exhibit B

**Subject:** RE: AO v. DHS, ICE (21-3030) - Questions re ICE's First Production
**Date:** Thursday, May 5, 2022 at 10:42:07 AM Eastern Daylight Time
**From:** Dreier, Douglas (USADC)
**To:** Taylor Stoneman

Good morning Taylor,

It appears that part of the issue is that I forgot to relay to you information that the agency passed to me on April 5: ICE discovered that some of the records provided to ICE FOIA following the searches were not uploaded into the FOIA processing system in error. ICE has rectified the error, and the new final page count is 1,601 pages, which means there are more records coming than what we originally stated. I can also confirm that ICE has searched OPR and ERO, as was requested. IHSC is part of ERO, so IHSC was searched. OPLA is not a proper custodian and has not been searched.

The agency's next production is likely to go out on Monday. Please let me know if you have any questions.

Doug

Douglas C. Dreier
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-2551
(202) 725-4614 (office cell)
Douglas.Dreier@usdoj.gov

**From:** Dreier, Douglas (USADC)
**Sent:** Tuesday, May 3, 2022 10:24 AM
**To:** Taylor Stoneman <taylor.stoneman@americanoversight.org>
**Subject:** RE: AO v. DHS, ICE (21-3030) - Questions re ICE's First Production

Hi Taylor,

Thanks for reaching out, I'll follow up with the agency and get back to you.

Doug

Douglas C. Dreier
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-2551
(202) 725-4614 (office cell)
Douglas.Dreier@usdoj.gov

**From:** Taylor Stoneman <taylor.stoneman@americanoversight.org>
**Sent:** Monday, May 2, 2022 6:24 PM
**To:** Dreier, Douglas (USADC) <DDreier@usa.doj.gov>
**Subject:** [EXTERNAL] AO v. DHS, ICE (21-3030) - Questions re ICE's First Production

Hi Doug,

Hope you are well. I've had a chance to look through ICE's first production and have a few questions, which I thought might be helpful to raise before receiving ICE's second production later this week.

On April 5, we received 515 pages of the 717 total responsive pages ICE had, as of our last JSR, reported were found. Of the pages produced to us, over half were withheld in full. We received only two of 27 requested Detainee Death Reviews; two of 25 requested Healthcare and Security Compliance Analyses (HSCAs); one of 38 requested Root Cause Analyses; no independent autopsies; and eight of 12 requested Mortality Reviews.

I'm wondering whether ICE can provide any identifying information regarding the 311 pages of documents that were withheld in full, such as the title of the withheld report or the name of the individual the withheld report pertains to. The FOIA requests at issue ask for only the five types of reports I list above, and ICE has produced at least one of every type of report to us, either in this lawsuit or in other comparable requests. I do not see a reason that reports for certain individuals would be withheld in full while other reports of the same type would be released to us with partial redactions.

I am also concerned that we have received so few of the requested reports overall, with supposedly only 200 pages left to produce to us this week. The April 5, 2022 cover letter we received with the first production stated that the records were located pursuant to a search of the ICE Office of Professional Responsibility (OPR) and the ICE Office of Enforcement and Removal Operations (ERO). Does this mean that no other ICE offices were searched?

ICE itself has publicly reported that ICE's Office of the Principal Legal Advisor (OPLA) was one of two offices that conducted a "comprehensive review" of the death of Santiago Baten-Oxlaj—an individual who died in ICE custody and was listed among the individuals American Oversight requested a Detainee Death Review, HSCA, and Root Cause Analysis for but for whom none of these reports have been produced yet. *See* ICE Detainee Death Notification, *Guatemalan Man in ICE Custody Passes Away in Georgia*, May 25, 2020, https://www.ice.gov/news/releases/guatemalan-man-ice-custody-passes-away-georgia. The ICE Health Service Corps (IHSC) has also been reported as involved in investigating the death of ICE detainees. *See* DHS Press Release, *The Office of Inspector General Completes Joint Investigation of an ICE Detainee Who Died at the Northeast Ohio Correctional Center in Youngstown, OH*, Office of Inspector General, Sept. 3, 2021, https://www.oig.dhs.gov/news/pressreleases/2021/09032021/office-inspector-general-completes-joint-investigation-ice-detainee-who-died-northeast-ohio-correctional-center.

If the OPLA and IHSC were omitted from ICE's initial search for documents, we think supplemental searches of at least these two offices are necessary. *See, e.g.*, *Hall v. Central Intelligence Agency*, 881 F. Supp. 2d 38, 58 (D.D.C. 2012) ("[A]n adequate FOIA search involves searching all record systems likely to produce responsive documents," not only "systems most likely to contain responsive documents." (internal citations and quotations omitted)).

Let me know what you think on these issues. I can hop on the phone to discuss if that would be helpful.

Thanks,
Taylor

-------

**Taylor Stoneman** (she/her)
*Counsel*

American Oversight
taylor.stoneman@americanoversight.org
(202) 848-1319