# Exhibit E

**DETAINEE DEATH REVIEW:  Jose Freddy GUILLEN-Vega,** (b)(6); (b)(7)(C)
**Healthcare and Security Compliance Analysis**
**Stewart Detention Center, Lumpkin, Georgia**

## HEALTHCARE SERVICES

CoreCivic, with subcontractor Correctional Medical Associates, provides healthcare services 24 hours a day, seven days a week, staffing a health services administrator (HSA) and (b)(7)(E) assistant HSAs, (b)(7)(E) doctors, (b)(7)(E) advanced practice providers, (b)(7)(E) registered nurses (RN), (b)(7)(E) licensed vocational nurses (LVN), (b)(7)(E) mental health professionals, (b)(7)(E) dentists, (b)(7)(E) dental assistants, (b)(7)(E) radiation technician, and (b)(7)(E) medical records clerks.  All nurses work 12-hour shifts, with a minimum of (b)(7)(E) nurses assigned to each.

As extracted from the 2019 on-site DDR report, the medical department is spacious with offices for the HSA, assistant HSA, physician, mental health staff, and medical records.  There are (b)(7)(E) (b)(7)(E) An officer supervises a large detainee waiting room.  An observation area within the medical department has (b)(7)(E) (b)(7)(E) In addition to clinic space, each general population housing unit has a dedicated medical office for basic sick call triage and limited care, and there are (b)(7)(E) in the receiving area of the facility.

CoreCivic introduced the AllScripts electronic medical record (EMR) at the time of the transition from IHSC healthcare in November 2018.  System-generated time stamps document the time staff electronically sign and lock their entries.  Some events and procedures, such as vital signs, finger stick sugar testing, and medication administration include their own specific times within the provider encounter notes, in which case those will also be included in the narrative.

Stewart Detention Center (SDC) last earned reaccreditation by the National Commission on Correctional Health Care on November 20, 2018.  Licensure of medical personnel involved in GUILLEN's care were all current.

## NARRATIVE

**On June 8, 2000**, GUILLEN was arrested in Lincoln County, North Carolina (NC) and charged with statutory rape and indecent liberties with a child.  GUILLEN was convicted of these charges and receiving a sentence of 240 to 297 months on March 15, 2001.[1]

**On February 20, 2020**, GUILLEN was interviewed by Deportation Officer (b)(6); (b)(7)(C) (b)(6); at the Warrant Correction Institute, Manson, NC (WCI) after the North Carolina Department of Correction (NCDOC) notified ERO (b)(6); (b)(7)(C) GUILLEN was completing his prison sentence for

---

[1] *See* NNSV Query Result, dated July 23, 2020.

