# Exhibit F

**DETAILS OF REVIEW**

From March 10 to 12, 2020, U.S Immigration and Customs Enforcement (ICE), Office of Professional Responsibility (OPR), External Reviews and Analysis Unit (ERAU) staff visited the Krome North Service Processing Center (KNSPC) in Miami, Florida (FL) to review the facts and circumstances surrounding Alberto HERNANDEZ-Fundora's (HERNANDEZ) death. ERAU was assisted in its review by contract subject matter experts in correctional healthcare and security who are employed by Creative Corrections, a national management consulting firm. As part of its review, ERAU reviewed immigration, medical, and detention records pertaining to HERNANDEZ, in addition to conducting in-person interviews of individuals employed by KNSPC, Akima Global Services (AGS), ICE Health Service Corps (IHSC), STG International (STGi), and the local ICE Office of Enforcement and Removal Operations (ERO) Miami Field Office (ERO Miami). HERNANDEZ, a 63-year-old Cuban male, was detained at KNSPC from January 14 through 23, 2020, when he was transferred to Larkin Community Hospital (LCH) in Miami, FL; he remained there until his death on January 27, 2020. The Miami-Dade Medical Examiner's Department documented HERNANDEZ's official cause of death as congestive heart failure.[1]

**FACILITY PROFILE**

KNSPC is owned and operated by ERO Miami. KNSPC is an ICE Service Processing Center and is required to comply with the ICE Performance-Based National Detention Standards (PBNDS) 2011. Facility medical care is provided by IHSC and STGi, and security is provided by AGS. The facility was last accredited by the American Correctional Association in June 2018 and the National Commission on Correctional Health Care in April 2018. KNSPC houses male detainees in excess of 72 hours and has a bed capacity for (b)(7)(E) detainees.[2] On the day of HERNANDEZ's death, KNSPC housed (b)(7)(E) detainees.[3]

**IMMIGRATION AND CRIMINAL HISTORY[4]**

On May 9, 1980, the legacy U.S. Immigration and Naturalization Service (INS) encountered HERNANDEZ in Key West, FL, via the Mariel boatlift mass emigration of Cubans.[5] Due to HERNANDEZ's protracted criminal and immigration history, spanning a 40-year period, ERAU included information covering only the year prior to his death in this report.

On January 23, 2019, the Lawrence Township Police in Lawrenceville, New Jersey (NJ) arrested HERNANDEZ for shoplifting. On February 23, 2019, the Mercer County Municipal Court in NJ, dismissed the shoplifting charge.

On May 15, 2019, the Miami Police Department in FL arrested HERNANDEZ for petit theft.

---

[1] *See* Exhibit 1: Miami-Dade County Medical Examiner Department report, signed February 4, 2020.
[2] *See* ERO Facility List, dated January 28, 2020.
[3] *See* ERO Records Request, dated January 29, 2020.
[4] Due to HERNANDEZ's protracted criminal and immigration history, spanning a 40-year period, ERAU included information covering only the year prior to his death in this report. The following events are sourced from the ENFORCE Alien Removals Module (EARM), Rap Sheet, unless otherwise stated.
[5] *See* Arrival/Departure Record (Form I-94), dated May 9, 1980.

**DETAILS OF REVIEW**

From March 10 to 12, 2020, U.S Immigration and Customs Enforcement (ICE), Office of Professional Responsibility (OPR), External Reviews and Analysis Unit (ERAU) staff visited the Krome North Service Processing Center (KNSPC) in Miami, Florida (FL) to review the facts and circumstances surrounding Alberto HERNANDEZ-Fundora's (HERNANDEZ) death. ERAU was assisted in its review by contract subject matter experts in correctional healthcare and security who are employed by Creative Corrections, a national management consulting firm. As part of its review, ERAU reviewed immigration, medical, and detention records pertaining to HERNANDEZ, in addition to conducting in-person interviews of individuals employed by KNSPC, Akima Global Services (AGS), ICE Health Service Corps (IHSC), STG International (STGi), and the local ICE Office of Enforcement and Removal Operations (ERO) Miami Field Office (ERO Miami). HERNANDEZ, a 63-year-old Cuban male, was detained at KNSPC from January 14 through 23, 2020, when he was transferred to Larkin Community Hospital (LCH) in Miami, FL; he remained there until his death on January 27, 2020. The Miami-Dade Medical Examiner's Department documented HERNANDEZ's official cause of death as congestive heart failure.[1]

**FACILITY PROFILE**

KNSPC is owned and operated by ERO Miami. KNSPC is an ICE Service Processing Center and is required to comply with the ICE Performance-Based National Detention Standards (PBNDS) 2011. Facility medical care is provided by IHSC and STGi, and security is provided by AGS. The facility was last accredited by the American Correctional Association in June 2018 and the National Commission on Correctional Health Care in April 2018. KNSPC houses male detainees in excess of 72 hours and has a bed capacity for 611 detainees.[2] On the day of HERNANDEZ's death, KNSPC housed (b)(7)(E) detainees.[3]

**IMMIGRATION AND CRIMINAL HISTORY**[4]

On May 9, 1980, the legacy U.S. Immigration and Naturalization Service (INS) encountered HERNANDEZ in Key West, FL, via the Mariel boatlift mass emigration of Cubans.[5] Due to HERNANDEZ's protracted criminal and immigration history, spanning a 40-year period, ERAU included information covering only the year prior to his death in this report.

On January 23, 2019, the Lawrence Township Police in Lawrenceville, New Jersey (NJ) arrested HERNANDEZ for shoplifting. On February 23, 2019, the Mercer County Municipal Court in NJ, dismissed the shoplifting charge.

On May 15, 2019, the Miami Police Department in FL arrested HERNANDEZ for petit theft.

---

[1] *See* Exhibit 1: Miami-Dade County Medical Examiner Department report, signed February 4, 2020.
[2] *See* ERO Facility List, dated January 28, 2020.
[3] *See* ERO Records Request, dated January 29, 2020.
[4] Due to HERNANDEZ's protracted criminal and immigration history, spanning a 40-year period, ERAU included information covering only the year prior to his death in this report. The following events are sourced from the ENFORCE Alien Removals Module (EARM), Rap Sheet, unless otherwise stated.
[5] *See* Arrival/Departure Record (Form I-94), dated May 9, 1980.

## DETAILS OF REVIEW

From March 10 to 12, 2020, U.S Immigration and Customs Enforcement (ICE), Office of Professional Responsibility (OPR), External Reviews and Analysis Unit (ERAU) staff visited the Krome North Service Processing Center (KNSPC) in Miami, Florida (FL) to review the facts and circumstances surrounding Alberto HERNANDEZ-Fundora's (HERNANDEZ) death. ERAU was assisted in its review by contract subject matter experts in correctional healthcare and security who are employed by Creative Corrections, a national management consulting firm. As part of its review, ERAU reviewed immigration, medical, and detention records pertaining to HERNANDEZ, in addition to conducting in-person interviews of individuals employed by KNSPC, Akima Global Services (AGS), ICE Health Service Corps (IHSC), STG International (STGi), and the local ICE Office of Enforcement and Removal Operations (ERO) Miami Field Office (ERO Miami). HERNANDEZ, a 63-year-old Cuban male, was detained at KNSPC from January 14 through 23, 2020, when he was transferred to Larkin Community Hospital (LCH) in Miami, FL; he remained there until his death on January 27, 2020. The Miami-Dade Medical Examiner's Department documented HERNANDEZ's official cause of death as congestive heart failure.[1]

## FACILITY PROFILE

KNSPC is owned and operated by ERO Miami. KNSPC is an ICE Service Processing Center and is required to comply with the ICE Performance-Based National Detention Standards (PBNDS) 2011. Facility medical care is provided by IHSC and STGi, and security is provided by AGS. The facility was last accredited by the American Correctional Association in June 2018 and the National Commission on Correctional Health Care in April 2018. KNSPC houses male detainees in excess of 72 hours and has a bed capacity for 611 detainees.[2] On the day of HERNANDEZ's death, KNSPC housed 660 detainees.[3]

## IMMIGRATION AND CRIMINAL HISTORY[4]

On May 9, 1980, the legacy U.S. Immigration and Naturalization Service (INS) encountered HERNANDEZ in Key West, FL, via the Mariel boatlift mass emigration of Cubans.[5] Due to HERNANDEZ's protracted criminal and immigration history, spanning a 40-year period, ERAU included information covering only the year prior to his death in this report.

On January 23, 2019, the Lawrence Township Police in Lawrenceville, New Jersey (NJ) arrested HERNANDEZ for shoplifting. On February 23, 2019, the Mercer County Municipal Court in NJ, dismissed the shoplifting charge.

On May 15, 2019, the Miami Police Department in FL arrested HERNANDEZ for petit theft.

---

[1] *See* Exhibit 1: Miami-Dade County Medical Examiner Department report, signed February 4, 2020.
[2] *See* ERO Facility List, dated January 28, 2020.
[3] *See* ERO Records Request, dated January 29, 2020.
[4] Due to HERNANDEZ's protracted criminal and immigration history, spanning a 40-year period, ERAU included information covering only the year prior to his death in this report. The following events are sourced from the ENFORCE Alien Removals Module (EARM), Rap Sheet, unless otherwise stated.
[5] *See* Arrival/Departure Record (Form I-94), dated May 9, 1980.


DHS-21-0309, 0310, 1423, 1424, 1425, 1426, 1427-I-000060
2022-ICLI-00008   846 b