# Exhibit G

# TABLES OF REPORTS REQUESTED AND RECEIVED BY PLAINTIFF

**Table 1**: Overview of Reports Requested and Received by Plaintiff[1]

| Category of Report | Number Requested | Number Received |
|---|---|---|
| Detainee Death Review[2] | 27 | 26 |
| Healthcare and Security Compliance Analysis[3] | 25 | 24 |
| Root Cause Analysis[4] | 38 | 6 |
| Independent Autopsies[5] | 12 | 4 |
| Mortality Reviews[6] | 12 | 12 |

---

[1] Because ICE withheld several of these reports in full without providing any identifying information other than the FOIA exemption asserted, Plaintiff was unaware of the total number of each type of report identified by ICE in the agency's search until reviewing the Pineiro Declaration.

[2] Detainee Death Review reports were requested by Plaintiff in FOIA Requests One and Four. *See* Pineiro Decl., Ex. 2 at 1–6, 72–77.

[3] Healthcare and Security Compliance Analysis reports were requested by Plaintiff in FOIA Requests Two and Five. *See id.*, Ex. 2 at 24–29, 95–100.

[4] ICE Health Service Corps Event Review, Root Cause Analysis, or Action Plan reports were requested by Plaintiff in FOIA Request Three. *See id.*, Ex. 2 at 55–60.

[5] Independent Autopsies were requested by Plaintiff in FOIA Request Six. *See id.*, Ex. 2 at 126–31.

[6] Mortality Review reports were requested by Plaintiff in FOIA Request Seven. *See id.*, Ex. 2 at 168–73.

**Table 2**: Specific Reports Requested and Received for Each Listed Detainee

Table 2 identifies the full list of detainees appearing across all seven of Plaintiff's FOIA requests and the specific reports requested for each individual. Plaintiff did not request every report for every individual. An "X" appearing in a row signifies that the report referenced in that column was not requested for the individual in that row. The table identifies the date on which a particular report was produced by ICE to Plaintiff, whether a report was withheld in full by ICE, and which reports Plaintiff did not receive.

|   | *Name of Detainee* | *Detainee Death Review* | *HSCA[7]* | *Root Cause Analysis[8]* | *Independent Autopsy* | *Mortality Review* | *Notes* |
|---|---|---|---|---|---|---|---|
| 1 | Gourgen Mirimanian | Received on 5/5/22 | Received on 10/6/22 | Did not receive | X | X | |
| 2 | Roxsana Hernandez | X | X | Did not receive | X | X | |
| 3 | Huy Chi Tran | X | X | Received on 5/5/22 | X | X | |
| 4 | Efraín Romero de la Rosa | X | X | Received on 4/5/22 | X | X | |
| 5 | Augustina Ramirez-Arreola | X | X | Did not receive | X | X | |
| 6 | Wilfredo Padron | X | X | Did not receive | X | X | |
| 7 | Mergensana Amar | X | X | Did not receive | X | X | |
| 8 | Guerman Volkov | X | X | Did not receive | X | X | |

---

[7] ICE averred in its declaration that eight HSCA reports were withheld as drafts. Pineiro Decl. ¶ 46 n.15. However, footnotes 3–24 of ICE's *Vaughn* Index show that twelve HSCA reports were withheld in full. *See id.*, Ex. 1 at 19–20.

[8] ICE has averred that six Root Cause Analysis reports were located; of that number, two were in draft form and withheld. *See* Pineiro Decl. ¶ 52 n.18. Plaintiff received approximately 64 pages of Root Cause Analysis reports that did not have full-page redactions, and through review of those pages was able to identify reports associated with Huy Chi Tran, Efraín Romero de la Rosa, and Abel Reyes-Clemente. However, not every page that appeared to be from a root cause analysis had detainee-identifying information on it.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | Abel Reyes-Clemente | X | X | Received on 5/5/22 | X | X | |
| 10 | Simratpal Singh | X | X | Did not receive | X | X | |
| 11 | Pedro Arriago-Santoya | X | X | Did not receive | X | X | |
| 12 | Roberto Rodriguez-Espinoza | Received on 5/5/22 | X | Did not receive | X | X | |
| 13 | Nebane Abienwi | Received on 5/5/22 | X | Did not receive | X | X | |
| 14 | Roylan Hernandez-Diaz | Received on 5/5/22 | X | Did not receive | X | X | |
| 15 | Anthony Oluseye Akinyemi | Received on 5/5/22 | Received on 10/6/22 | Did not receive | X | X | |
| 16 | Samuelino Mavinga | Received on 5/5/22 | Received on 10/6/22 | Did not receive | X | X | |
| 17 | Ben James Owen | Received on 5/5/22 | Received on 10/6/22 | Did not receive | X | X | |
| 18 | Alberto Hernandez-Fundora | Received on 5/5/22 | Received on 10/6/22 | Did not receive | X | X | |
| 19 | David Hernandez-Colula | Received on 5/5/22 | Received on 10/6/22 | Did not receive | X | X | |
| 20 | Maria Celeste Ochoa-Yoc De Ramirez | Received on 5/5/22 | *Withheld in full* | Did not receive | X | X | |
| 21 | Orlan Ariel Carcamo-Navarro | Received on 5/5/22 | *Withheld in full* | Did not receive | X | X | |
| 22 | Ramiro Hernandez-Ibarra | Received on 10/6/22 | *Withheld in full* | Did not receive | X | X | |

| # | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 23 | Carlos Ernesto Escobar-Mejia | Received on 10/6/22 | Received on 10/6/22 | Did not receive | X | X | |
| 24 | Óscar López Acosta[9] | Did not receive | Did not receive | Did not receive | X | X | |
| 25 | Choung Woong Ahn | Received on 5/5/22 | Received on 10/6/22 | Did not receive | X | X | |
| 26 | Santiago Baten-Oxlaj | Received on 5/5/22 | *Withheld in full* | Did not receive | X | X | |
| 27 | Onoval Perez-Montufa | Received on 6/3/22 | *Withheld in full* | Did not receive | Did not receive | Received on 4/5/22 | Received three-page Palm Beach County Office of the District Medical Examiner report on 6/30/22 |
| 28 | Luis Sanchez-Perez | Received on 4/5/22 | Received on 4/5/22 | Did not receive | Received on 6/30/22[10] | Received "Preliminary" report on 12/16/22 | |
| 29 | James Thomas Hill | Received on 6/3/22 | Received on 4/5/22 | Did not receive | Did not receive | Received "Preliminary" report on 12/16/22 | |

---

[9] ICE avers that the Detainee Death Review, HSCA, and Root Cause Analysis reports for Óscar López Acosta do not exist "as this detainee died while not in ICE custody." *See* Pineiro Decl. ¶¶ 33 n.9, 44 n.14; *id.* at 16 n.16. However, the fact that Óscar López Acosta was not in ICE custody at the time of his death does not necessarily mean that ICE would not have generated or maintained a report. ICE Directive 11003.5, which details reporting requirements for detainee deaths, applies to all detainee deaths "including but not limited to those occurring . . . post release (when a death occurs within a reasonable time, not to exceed 30 days of release from ICE custody and review is requested by the ICE Director)." *See* Stoneman Decl., Ex. C.

[10] Luis Sanchez-Perez's autopsy was provided under the name Mauricio Hernandez-Cabrera.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30 | Kuan Hui Lee | Received on 6/3/22 | *Withheld in full* | Did not receive | Did not receive | Received on 3/3/23 | Received one-page Miami-Dade County Medical Examiner Department "Investigations Report" on 6/30/22 |
| 31 | Jose Freddy Guillen Vega | Received on 6/3/22 | Received on 4/5/22 | Did not receive | Did not receive | Received on 4/5/22 | |
| 32 | Fernando Sabonger-Garcia | Received on 11/4/22 | *Withheld in full* | Did not receive | Did not receive | Received on 4/5/22 | Received one-page Montgomery County Forensic Services letter describing a review of Fernando Sabonger-Garcia's medical records on 6/30/22 |
| 33 | Cipriano Chavez Alvarez | Received on 6/3/22 | *Withheld in full* | Did not receive | Did not receive | Received on 4/5/22 | |
| 34 | Romien Jally | Received on 6/3/22 | *Withheld in full* | Did not receive | Received on 6/30/22 | Received on 4/5/22 | |
| 35 | Anthony Jones | Received on 6/3/22 | *Withheld in full* | Did not receive | Received on 6/30/22 | Received on 4/5/22 | |
| 36 | Felipe Montes | Received on 6/3/22 | *Withheld in full* | Did not receive | Did not receive | Received on 3/3/23 | |
| 37 | Jesse Dean | Received on 6/3/22 | *Withheld in full* | Did not receive | Received on 6/30/22 | Received on 4/5/22 | |
| 38 | Diego Fernando Gallego-Agudelo | Received on 4/5/22 | Received on 4/5/22 | Did not receive | Did not receive | Received on 4/5/22 | |