IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 21-cv-03030 (TNM) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) ) | |
| *Defendants*. | ) ) | |

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment as well as the entire record, it is hereby

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment is **GRANTED**, that Defendants' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that Defendants shall perform a supplemental search for records responsive to Plaintiff's FOIA requests no later than 30 days from the date of this order and produce such records to Plaintiff no later than 60 days from the date of this order; and it is further

**ORDERED** that Defendants shall produce the non-exempt portions of records it has withheld under FOIA Exemption 3, Exemption 5, and Exemption 7 no later than 30 days from the date of this order; and it is further

**ORDERED** that Defendants shall apply labels to each redaction where there are any remaining withholdings pursuant to Exemptions 3, 5, and 7; and it is further

1

**ORDERED** that Defendants shall justify any remaining withholdings under any exemption with specificity, including specific identification of the relevant nondisclosure statute, specific identification of relevant deliberative processes, specific description of law enforcement guidelines impacted, and specific description of foreseeable harms from disclosure;

**SO ORDERED.**


Date: _____ _____
TREVOR N. MCFADDEN
United States District Judge