UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 21-3030 (TNM) |

## CONSENT MOTION TO EXTEND THE COURT-ORDERED BRIEFING DEADLINES

Defendants, the U.S. Department of Homeland Security and the Immigration and Customs Service, by and through undersigned counsel, respectfully move to extend the court-ordered briefing deadlines for Defendants' Reply and Opposition briefs and for Plaintiff's Reply brief in this case. This is the second time that Defendants have moved for an extension of a deadline in this case. Defendants' respectfully state the following good cause:

1.  Plaintiff brings this civil action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See generally* ECF No. 1.

2.  Pursuant to this Court's January 27, 2023 Minute Order, the deadline for Defendants' Reply and Opposition briefs was scheduled for April 28, 2023, and the deadline for Plaintiff's Reply brief was scheduled for May 19, 2023. However, Defendants request an extension of the deadline for their Reply and Opposition briefs to May 5, 2023 and, in order to provide Plaintiff with sufficient time to prepare its Reply brief, to extend the deadline for Plaintiff's Reply brief to May 26, 2023.

3.  There is good cause to grant this motion. Defendants are currently in the process of preparing their Reply and Opposition briefs. However, Defendants require additional time to

prepare their briefs and supplemental documents, and to have the aforesaid papers reviewed and approved in a manner consistent with agency and Department of Justice policy prior to filing with this Court.

4. In addition, the undersigned counsel for Defendants is presently tasked with preparing dispositive motions on separate matters which are due in the coming days and weeks. As such, the requested extension of the briefing deadlines would be of considerable assistance to the undersigned counsel for Defendants for the purposes of managing his existing caseload.

5. Pursuant to Local Civil Rule 7(m), Defendants have met and conferred with Plaintiff for the instant non-dispositive Motion, and Plaintiff consents to Defendants' motion for an extension of the briefing deadlines.

**WHEREFORE**, based on the foregoing, Defendants respectfully request that the Court grant this Motion to extend the court-ordered briefing deadlines. A proposed order is attached.

Dated: April 24, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Fithawi Berhane*_____
Fithawi Berhane
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*