UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-3030 (TNM) |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for an extension of the court-ordered briefing deadlines in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including May 5, 2023, to file Reply and Opposition briefs in this case; and it is further

ORDERED that Plaintiff shall have through and including May 26, 2023, to file a Reply brief in this case.

SO ORDERED:

_____     _____
Dated                                                                                  TREVOR N. MCFADDEN
                                                                                              United States District Judge

3