UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 21-3030 (TNM) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL STATEMENT OF MATERIAL FACTS

Defendants, U.S. Department of Homeland Security ("DHS") and U.S. Immigration and Customs Enforcement ("ICE"), hereby submit the following response to Plaintiff American Oversight's statement of additional material facts as to which Plaintiff contends there are no genuine issues in support of their Cross-Motion for Summary Judgment against Defendants.

### Defendants' Response to Plaintiff's Additional Statement

1. Admitted that Plaintiff quotes ICE's Directive 11003.5 ("Directive") in part. Defendants refers the Court to Exhibit C of the Stoneman Declaration for the full text of ICE's Directive. *See* Stoneman Decl., Ex. C.

2. Admitted that Plaintiff quotes ICE's Directive in part. Defendants refers the Court to Exhibit C of the Stoneman Declaration for the full text of ICE's Directive. *See* Stoneman Decl., Ex. C.

3. Admitted.

4. Defendants do not have sufficient information to determine the truth or falsity as to how many news releases pertaining to the non-citizens listed in Plaintiff's FOIA requests were

available on ICE's website at the time of the filing of Plaintiff's Cross-Motion for Summary Judgment.

5. Admitted that Plaintiff quotes ICE's news releases referencing ICE's Office of the Principal Legal Advisor in part. Defendants refers the Court to Exhibit A of the Stoneman Declaration for the full text of ICE's news releases. *See generally* Stoneman Decl. Ex. A.

6. Admitted that Plaintiff quotes ICE's news releases referencing ICE's Office of the Principal Legal Advisor in part. Defendants refers the Court to Exhibit A of the Stoneman Declaration for the full text of ICE's news releases. *See generally* Stoneman Decl. Ex. A.

7. Admitted that Plaintiff quotes ICE's news releases which relate to ICE investigations. Defendants refers the Court to Exhibit A of the Stoneman Declaration for the full text of ICE's news releases. *See* Stoneman Decl. Ex. A at 67 – 70.

8. Denied. Seven of the news releases provide a notification of the death and information on the specific offices that were notified and do not include any information on any review. The remaining news releases state that a thorough investigation will be conducted by the appropriate parties. Defendants refer the Court to Exhibit A of the Stoneman Declaration for the full text of the ICE's counsel's email response. *See* Stoneman Decl. Ex. A at 2 – 9, 12 – 13, 16 – 19, 31 – 32.

9. Admitted that Plaintiff asked ICE, through counsel, to search OPLA for responsive records. Admitted that Plaintiff quotes ICE's counsel's email response to Plaintiff's request in part. Defendants refer the Court to Exhibit B of the Stoneman Declaration for the full text of the ICE's counsel's email response. *See* Stoneman Decl. Ex. B.

10. Admitted only that portions of ICE's Performance-Based National Detention Standards were revised in 2016. Denied that the entirety of ICE's Performance-Based National Detention Standards were revised in 2016.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted that Plaintiff acknowledges having only received four of the twelve requested independent autopsy reports. However, as further detailed in the Supplemental Declaration of Fernando Pineiro, Plaintiff has also "received certain reports for three other detainees, that Plaintiff states are not 'autopsy reports.' However, to the extent that these reports are not the reports that Plaintiff seeks, they are records provided by the relevant state medical examiners officers and ICE has produced all of the records located pursuant to the search for records responsive to" Plaintiff's request for independent autopsy reports. *See* Pineiro Supp. Dec. at n.10.

15. Admitted.

Dated: May 5, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Fithawi Berhane*_____
Fithawi Berhane
Assistant United States Attorney
601 D Street, NW

Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*