**SUPPLEMENTAL VAUGHN INDEX**
*American Oversight v. ICE*
Case No.:  21-cv- 3030 (D.D.C 2021)

U.S. Immigration and Customs Enforcement Supplemental *Vaughn* Index

American Oversight v. ICE - Supplemental *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| 2022-ICLI-00008<br><br>*Healthcare and Security Compliance Analysis Reports*<br>Pages:<br>**1338b**(portions of the first and second paragraph of the third bullet point, and portion of first sentence if fourth bullet point)<br><br>*Detainee Death Review Reports*<br>Pages:<br>**885**(portions of the fourth bullet point) | Partial | **Document(s):**<br>1.) Healthcare and Security Compliance Analysis Reports. The Healthcare and Security Analysis reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the facility's healthcare services, a detention summary, a narrative chronology of events, and conclusions.<br><br>2.) Detainee Death Review Reports. The Detainee Death Review Reports include the findings of independent, objective examinations of the facts and circumstances surrounding the detention and death of an individual in ICE custody to determine whether the agency and detention facility complied with detention standards related to the individual's health, safety, and security. The reports include details of the review, facility profile, immigration and criminal history, chronology of events, findings, and areas of concern.<br><br>**Redaction(s):**<br>Redactions were applied to portions of these pages that pertain to specifics regarding the internal and external security of the facility, including an analysis as to security vulnerabilities that may lead to detainee escape. This information includes security concerns as it pertains to the exterior of the facilities, and ways in which detainees could attempt escape, or other bad actors could seek to interfere with the detention of non-citizens at the facilities. The information includes specific locations of cameras, perimeter security measures and potential vulnerabilities. Additionally, the information includes security vulnerabilities pertaining to staff and detainee uniforms and the vulnerabilities they create that may lead to potential detainee escape. The information includes specifics on security features utilized by the relevant detention facilities, as well as potential vulnerabilities in those security features.<br><br>**Reason(s) for Redaction(s):**<br>Exemption (b)(7)(E) was applied to portions of these pages to protect the disclosure of information pertaining to the internal and external security of the detention facilities. Specifically, the information includes the locations of the cameras, use of certain uniforms, and security vulnerability analyses, which could reveal law enforcement | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(E) |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | techniques and procedures and/or guidelines for law enforcement investigations or prosecutions, which could reasonably be expected to risk circumvention of the law. This information is not commonly known.<br><br>How law enforcement officers secure the detention facilities, including the security features employed represent techniques and procedures and/or guidelines pertaining to the detention of non-citizens. Specifically, the disclosure of this information would risk interference with maintaining the security of the detention facilities as the knowledge of how the facilities are secured and potential vulnerabilities based on those security features. The knowledge of this information would potentially allow bad actors to interfere with detainee detention and risk the security of the facilities, based on this knowledge. Additionally, information on the vulnerabilities of internal facility security would allow bad actors to threaten facility security, assist in the escape of detainees, or attempt unauthorized entrance into the facilities. Detained individuals could also use the knowledge of these vulnerabilities to attempt escape from the subject facilities. Thus, release of this information could place law enforcement officers and the public at risk, by compromising the security of detention facilities, leading to a threat to the public, as well as to law enforcement officers, should bad actors obtain access to this information.<br><br>**Nexus:**<br>The information contained in these pages pertains to the detention of non-citizens in ICE custody. The detention of non-citizens is directly part of ICE's statutory and regulatory immigration law enforcement activities. Part of those immigration enforcement responsibilities is the removal of non-citizens. ICE uses its immigration detention authority to effectuate this mission by securing individuals in custody while they await the outcome of their immigration proceedings and/or removal from the United States. The detention of non-citizens is directly part of ongoing immigration enforcement proceedings and potential removal of non-citizens from the United States. The security of the detention facilities directly impacts ICE's ability to comply with its statutory immigration enforcement and detention responsibilities.<br><br>In addition, the records at issue were also compiled and generated during the course of detainee death investigations, pursuant to statutory authority, as well as congressional mandates, and portions of the records also contain specific law enforcement techniques, methods and guidelines associated with conducting those investigations. | |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| 2022-ICLI-00008<br><br>*Healthcare and Security Compliance Analysis Reports*<br>Pages:<br>**001-006, 007-016, 017-040, 041-051, 107-112, 113-123, 124-149, 150-165, 166-176, 177-236, 237-292, 293-300, 301-305, 312-317, 337-355, 356-360, 361-366, 1238-1269, 1344-1389, 1445-1459, 1460-1464, 1465-1488**<br><br>*Root Cause Analysis and Action Plan*[1]<br>Pages:<br>**558-560, 561, 562-565, 566-571, 572, 597-623** | Full | **Document(s):**<br>1.) Draft Healthcare and Security Compliance Analysis Reports. The Healthcare and Security Analysis Compliance Reports are completed pursuant to requests made by the ICE OPR ERAU, to ICE contractors to assess compliance with ICE PBNDS governing healthcare and security operations during the course of detainee death investigations. The reports include a case synopsis, overview of the facility's healthcare services, a detention summary, a narrative chronology of events and conclusions. The final conclusions and analysis of these reports are included in the final Detainee Death Review Reports.<br><br>2.) Draft Root Cause Analysis and Action Plan. The IHSC Root Cause Analysis and Action Plan, which is used to evaluate and review certain detainee deaths and potential causes, has nine analysis questions and provides a framework to provide a template for answering the analysis questions and aid in organizing the steps in a root cause analysis. The reports include a brief summary of the subject event, event type, outcome of event, assigned HQ Risk Manager, sequence of events log, process vulnerabilities identified (incidental, root cause, or contributing factors), improvement measures that have already been implemented and headquarters recommendations for national implementation.<br><br>**Redaction(s):**<br>Redactions were applied to these pages as the requested reports are draft, deliberative, and non-final reports. The information includes nonfinal drafts, internal ICE comments, comment bubbles, edits, reviewer inquiries, follow-up recommendations to be conducted prior to any finalization of the reports, as well as highlighted information. Additionally, the draft reports include information on the location of security cameras, staffing information, security information pertaining to detainee transport, layout of the relevant facilities, as well as internal and external security information and vulnerabilities.<br><br>**Exemption (b)(7)(E) Nexus:**<br>The information contained in these pages pertains to the detention of non-citizens in ICE custody. The detention of non-citizens is directly part of ICE's statutory and regulatory immigration law enforcement activities. Part of those immigration | Freedom of Information Act 5 U.S.C. § 552 (b)(7)(5) and (b)(7)(E) |

---

[1] Additionally, pages 557 and 596, which are the first pages of two of the draft Root Cause Analysis and Action Plans were withheld in part.
American Oversight v. ICE - Supplemental *Vaughn* Index

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | enforcement responsibilities is the removal of non-citizens.  ICE uses its immigration detention authority to effectuate this mission by securing individuals in custody while they await the outcome of their immigration proceedings and/or removal from the United States.  The detention of non-citizens is directly part of ongoing immigration enforcement proceedings and potential removal of non-citizens from the United States.  The security of the detention facilities directly impacts ICE's ability to comply with its statutory immigration enforcement and detention responsibilities.<br><br>In addition, the records at issue were also compiled and generated during the course of detainee death investigations, pursuant to statutory authority, as well as congressional mandates, and portions of the records also contain specific law enforcement techniques, methods and guidelines associated with conducting those investigations.<br><br>**Exemption (b)(5)**<br>**Deliberative:**<br>The information withheld in these pages was prepared to assist the agency in determining whether a deceased detainee received treatment in accordance with applicable detention standards on health, safety, and security, as well as to evaluate a deceased detainees medical history and clinical care to ascertain the cause of death and whether changes to ICE policies, procedures or practices are warranted; to provide recommendations for follow-up actions; and to identify issues that require further study.<br><br>**Pre-decisional:**<br>The documents at issue are non-finalized drafts and are used in finalizing the agency's evaluation, recommendations, and potential policy changes, as it pertains to the detention of non-citizens, pursuant to ICE's immigration enforcement authorities.  The documents at issue are part of the agency's consultative process and reflect draft and non-final opinions, recommendations, and edits of various ICE employees, prior to review by ICE superiors and any final agency opinions as to the evaluation of the subject detainee deaths, as well as whether any changes in policy need to occur.<br><br>**Harm:**<br>This information was withheld to protect the integrity of the deliberative or decision-making processes within the agency by exempting from disclosure the opinions, edits, comments, conclusions, and recommendations suggested in the unfinalized draft reports. This information does not reflect final agency actions or policy; instead, it is a | |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | reflection of an issue the author has determined to be, in his/her judgment, worthy of discussion or consideration by colleagues or superiors, and its release would only serve to confuse the public. Disclosure of the documents would degrade the quality of agency decisions by depriving decision-makers of fully explored options developed from agency debates.  This privilege protects not merely documents, but also the integrity of the deliberative process itself where the exposure of that process would result in harm. Here disclosure of the information would harm agency deliberations by providing a road map of the agency's thinking on policy determinations.

Additionally, this information was withheld to avoid public confusion generated by rationales or decisions that ICE did not ultimately adopt.  Specifically, any confusion on ICE's non-final determinations as it pertains to the evaluation of detainee deaths, potential causes, potential recommendations and potential policy changes, as well as the agency's reasoning, as it pertains to the detention of non-citizens pursuant to ICE immigration enforcement responsibilities.  The disclosure of the draft materials would confuse the issues and mislead the public by dissemination of documents suggesting reasons and rationales for a course of action, which were not in fact the ultimate reasons for the agency's final determinations and any subsequent actions.

**Factual information:**
The information contained within the documents includes not only factual information, but also non-final proposed recommendations.  With regard to the factual information contained within the documents, the factual information has not been finalized and is also in draft form and subject to change.  Additionally, the factual information is also subject to edits and comments and represent non-final summaries of the facts underlying the detainee death.  The records contain non-final comments and edits to factual sections of the documents identifying specific facts to focus on, review, and conduct follow-up work on, out of a larger group of facts.  Additionally, the factual information is so thoroughly integrated with the deliberative material that its disclosure would expose or cause harm to agency deliberations.

**Final DDRs:**
The information contained in the draft Health Care and Security Analysis Reports, including the final factual recitation, any final recommendations, issues, or potential policy changes, have been incorporated into the Final DDRs.  All but one of the final | |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | DDRs requested by Plaintiff, that for non-citizen Lopez who died outside of ICE custody, have been provided to the Plaintiff.<br><br>**Segregation:**<br>As stated above, the entirety of the records, are subject to the deliberative process privilege and thus, there is no information that can be reasonably segregated out of the records.  Additionally, ICE conducted a line-by-line review of the records.  Any information that was left would be non-substantive and would have minimal to no informational content.  Significant time and resources would need to be devoted to the separation of disjointed words, phrases or even sentences which taken separately or together have minimal or no informational content. | |
| 2022-ICLI-00008<br>Pages:<br>**499-502**<br>and<br>**477a**(first bullet point under recommendations) | Partial | **Document(s):**<br>Root Cause Analysis and Action Plan.  The IHSC Root Cause Analysis and Action Plan, which is used to evaluate and review certain detainee deaths and potential causes, has nine analysis questions and provides a framework to provide a template for answering the analysis questions and aid in organizing the steps in a root cause analysis.  The reports include a brief summary of the subject event, event type, outcome of event, assigned HQ Risk Manager, sequence of events log, process vulnerabilities identified (incidental, root cause, or contributing factors), improvement measures that have already been implemented and headquarters recommendations for national implementation.<br><br>**Redaction(s):**<br>Portions of these pages were withheld that disclose non-final deliberative findings pertaining to process vulnerabilities identified.  The information also contains non-final comments, including indications and follow-up pertaining to the review current policies and insert additional information. Additionally, page 477a includes non-final recommendations as to the potential training of staff. | Freedom of Information Act 5 U.S.C. § 552 (b)(5) |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | **Deliberative:** The information withheld in these pages was prepared to assist the agency in determining whether a deceased detainee received treatment in accordance with applicable detention standards on health, safety, and security, as well as to evaluate a deceased detainees medical history and clinical care to ascertain the cause of death and whether changes to ICE policies, procedures or practices are warranted; to provide recommendations for follow-up actions; and to identify issues that require further study.<br><br>**Pre-decisional:** The documents at issue contain non-final edits and are used in finalizing the agency's evaluation, recommendations, and potential policy changes, as it pertains to the detention of non-citizens, pursuant to ICE's immigration enforcement authorities. The documents at issue are part of the agency's consultative process and reflect draft and non-final opinions, recommendations, and edits of various ICE employees, prior to review by ICE superiors and any final agency opinions as to the evaluation of the subject detainee deaths, as well as whether any changes in policy need to occur.<br><br>**Harm:** This information was withheld to protect the integrity of the deliberative or decision-making processes within the agency by exempting from disclosure the opinions, edits, comments, conclusions, and recommendations suggested in the unfinalized draft reports. This information does not reflect final agency actions or policy; instead, it is a reflection of an issue the author has determined to be, in his/her judgment, worthy of discussion or consideration by colleagues or superiors, and its release would only serve to confuse the public. Disclosure of the documents would degrade the quality of agency decisions by depriving decision-makers of fully explored options developed from agency debates. This privilege protects not merely documents, but also the integrity of the deliberative process itself where the exposure of that process would result in harm. Here disclosure of the information would harm agency deliberations by providing a road map of the agency's thinking on policy determinations.<br><br>Additionally, this information was withheld to avoid public confusion generated by rationales or decisions that ICE did not ultimately adopt. Specifically, any confusion on ICE's non-final determinations as it pertains to the evaluation of detainee deaths, potential causes, potential recommendations and potential policy changes, as well as the agency's reasoning, as it pertains to the detention of non-citizens pursuant to ICE | |

| Document and Page Number | Withholding Full/Partial | Description of Records and Redactions, and Reasons for Redactions | Exemption(s) Applied |
|---|---|---|---|
| | | immigration enforcement responsibilities.  The disclosure of the draft materials would confuse the issues and mislead the public by dissemination of documents suggesting reasons and rationales for a course of action, which were not in fact the ultimate reasons for the agency's final determinations and any subsequent actions. | |