UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendant. | Civil Action No. 21-3030 (TNM) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion for Summary Judgment, any responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendants' Motion is GRANTED, it is further

ORDERED that Plaintiff's Cross-Motion for Summary Judgment is DENIED; and it is further

ORDERED that summary judgment is granted in Defendants' favor and against Plaintiff.

It is SO ORDERED this _____ day of _____, 2023.

_____
TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE