UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-3030 (TNM)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants, U.S. Department of Homeland Security (the "Department") and the Immigration and Customs Service ("ICE"), respectfully request leave to file the attached sur-reply in further opposition to Plaintiff's cross-motion for summary judgment. Plaintiff, through counsel, has informed the undersigned counsel for Defendants that it is opposed to the relief sought by this Motion. The grounds for this Motion are as follows.

Plaintiff's Reply in Support of its Cross-Motion for Summary Judgment ("Reply") includes new arguments which were not originally raised in its combined Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment ("Cross-Motion"), ECF Nos. 24–25. Specifically, Plaintiff's Reply raises a new challenge to certain of ICE's withholdings pursuant to FOIA Exemptions 6 and 7(C), which were not originally included in Plaintiff's Cross-Motion. As such, Defendants' Sur-reply, as it only seeks to address Plaintiff's new arguments, is properly submitted under the law. *See Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (holding that sur-replies are proper "when a party is 'unable to contest matters presented to the court for the first time' in the last scheduled pleading."); *see also Stevens v. Sodexo, Inc.*, 846

F. Supp. 2d 119 (D.D.C. 2012) (holding same); *see also Moses v. Dodaro*, 840 F. Supp. 2d 281 (D.D.C. 2012) (holding same).

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court permit them leave to file the enclosed sur-reply and direct the Clerk to docket the enclosed on the docket. A proposed order is enclosed herewith.

Dated: June 16, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/*Fithawi Berhane*_____
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*