UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 21-3030 (TNM) |

## DEFENDANTS' ERRATA

Defendants, U.S. Department of Homeland Security (the "Department") and the Immigration and Customs Service ("ICE"), through counsel, inadvertently omitted to include a Text of Proposed Order with its motion for leave to file a sur-reply on June 16, 2023. Defendants' Text of Proposed Order is attached to this Errata.

The undersigned counsel for Defendants apologizes to the Court for any inconvenience.

Dated: June 16, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/*Fithawi Berhane*
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*