UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 21-3030 (TNM) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) |
| Defendants. | ) |

### [PROPOSED] ORDER

Upon consideration of the Defendants' Motion for Leave to File a Sur-Reply, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED.

It is FURTHER ORDERED that Defendants' Sur-Reply in Further Opposition to Plaintiff's Cross-Motion for Summary Judgement is deemed filed.

It is SO ORDERED this _____ day of _____, 2023.

_____
TREVOR N. MCFADDEN
United States District Judge