UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY, *et al.*, )<br>)<br>Defendant. ) | Civil Action No. 21-3030 (TNM) |

## **MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, Defendants respectfully move to extend the deadline to respond to Plaintiff's Motion to "Reopen" in this matter until February 1, 2023. The grounds for this motion are as follows.

1.  On December 8, 2023, Plaintiff filed a Motion to "Reopen." *See* ECF No. 36 ("Pl.'s Mot.").

2.  In its Motion, Plaintiff asked for the Court to "reopen" this case so as to "issue a Scheduling Order" to expedite Defendants' compliance with its Order of September 5, 2023, stating that U.S. Immigration and Customs Enforcement must: "(1) redo its search consistent with the Memorandum Opinion, (2) turn over all documents and portions of documents withheld only under Exemption 3, as determined by the labels in the productions, and (3) turn over all documents and portions of documents withheld only under Exemption 5[.]" *See id.* at 2 (citing ECF Nos. 34 and 35).

3.  However, as of the time of this filing, Defendants have released all records required to be turned over to Plaintiff under parts 2 and 3 of the aforesaid Order. Moreover, Defendants

have informed Plaintiff that the re-do of the search, as required by part 1 of the Order, will be completed by January 31, 2024.

4. The undersigned counsel, who will be on prescheduled vacation from January 2, 2024, until January 12, 2024, has multiple briefing and discovery obligations to satisfy in the coming days before his absence for matters currently pending before the District Court.

5. Moreover, given that parts 2 and 3 of the Court's Order have already been satisfied, and Defendants have provided a date by which Plaintiff can expect for part 1 of the Court's Order to be satisfied, the concerns which apparently caused Plaintiff to request a "reopening" of this case will soon be resolved. *See generally* Pl.'s Mot.

6. Under these circumstances, given the likelihood that Plaintiff's pending motion will be moot by February 1, 2024, the grant of additional time would not only be of assistance to the undersigned counsel at better managing his current caseload but would also contribute to judicial efficiency.

7. Defendants propose this extension in good faith and not for the purpose of delay.

8. Pursuant to the requirements of Local Civil Rule 7(m), undersigned counsel for Defendants e-mailed Plaintiff's counsel on December 18, 2023, to meet and confer regarding this motion. Plaintiff, through counsel, has stated that it is unopposed to any extension up until January 5, 2024, but is opposed to any extension beyond January 5, 2024.

For the foregoing reasons, Defendants respectfully request that the deadline to respond to Plaintiff's Motion to "Reopen" be extended through and including February 1, 2024. A proposed order is enclosed herewith.

- 3 -

Dated: December 18, 2023
   Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:    /s/*Fithawi Berhane*
  FITHAWI BERHANE
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  (202) 252-6653

*Attorneys for the United States of America*

- 3 -