IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-03030 (TNM) |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND**

Plaintiff respectfully opposes Defendants' Motion for Extension of Time to Respond ("Extension Motion") (ECF No. 37), filed on December 18, 2023, because Defendants continue to rely on moving targets to justify avoiding oversight of their compliance with this Court's Order. Plaintiff sought to reopen this case because thus far, Defendants have failed to comply with their obligations in a timely manner, and Plaintiff has serious concerns that issue will continue. *See* Motion to Reopen (ECF No. 36). The Extension Motion underscores Plaintiff's lack of confidence that Defendants will fully comply with the order in a reasonable time without judicial oversight. In their Extension Motion, Defendants suggest that their completion of the new search by January 31, 2024, will "satisf[y]" part 1 of the Court's Order and "moot" Plaintiff's pending Motion to Reopen. *See* Extension Motion at 2; *see also* Motion to Reopen. As an initial matter, January 31 is already a month later than the timeline Defendants had shared with Plaintiff less than two weeks ago. *See* Decl. of Taylor Stoneman in Supp. of Pl.'s Mot. to Reopen, Ex. A (ECF No. 36-2) at 1

1

(informing counsel ICE was "trying to complete the search by . . . December 29"). In just ten days, that timeline has doubled. Without judicial oversight, further extensions of ICE's self-imposed deadlines will be entirely at the agency's discretion and without consequence.

Moreover, Defendants' premise is not true. Implicit in the Court's September 5, 2023 Memorandum Opinion and Order instructing Defendant U.S. Immigration & Customs Enforcement ("ICE") to re-do its search is the obligation to then process and produce to Plaintiff any records found through such search. *See* Sept. 5, 2023 Order (ECF No. 35); Sept. 5, 2023 Mem. Op. (ECF No. 34). Thus, ICE's promised completion of the new search by the end of January will not satisfy the Order in full and would not resolve Plaintiff's concerns regarding the agency's timely and complete compliance with the Court's Order.

As discussed in Plaintiff's Motion to Reopen, the agency's delay in complying with this Court's Order is already unreasonable.[1] Granting Defendants the extension they request would only make it more so. Ultimately, all Plaintiff seeks in its Motion to Reopen is for the Court to reopen the case to enter a scheduling order. Thus, Plaintiff believes it appropriate to complete briefing on the Motion to Reopen at this time, without waiting for ICE to possibly complete its new search six weeks from now.[2]

For the foregoing reasons, Plaintiff respectfully requests the Court deny Defendants' requested extension and maintain the deadlines it set in its December 11, 2023 Minute Order.

---

[1] Though Defendants released the remaining documents covered by parts 2 and 3 of the Order since Plaintiff filed its Motion to Reopen, that took over three months for ICE to do something that should have taken a matter of weeks if not less. *See* Motion to Reopen at 2.

[2] Plaintiff was not aware of Defendants' counsel's pre-planned vacation from January 2 to 12, 2024, when the parties conferred regarding this requested extension. However, Plaintiff respectfully notes that Defendants' December 22, 2023 deadline for responding to Plaintiff's Motion to Reopen falls ten days prior to that time. Moreover, Plaintiff's counsel similarly has pre-planned vacation time early in the new year and has made staffing arrangements to accommodate the briefing schedule and the uninterrupted progress toward compliance that Plaintiff seeks.

Dated: December 20, 2023                     Respectfully submitted,

/s/ Taylor Stoneman
Taylor Stoneman
D.C. Bar No. 888155721
Katherine M. Anthony
D.C. Bar No. 1630524
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1319
taylor.stoneman@americanoversight.org
katherine.anthony@americanoversight.org

*Counsel for Plaintiff*