IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>                    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                    *Defendants*. | Case No. 21-cv-03030 (TNM) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Extension of Time to Respond, Plaintiff's Opposition, and the entire record, it is hereby

**ORDERED** that Defendants' Motion for Extension of Time to Respond is denied, and

**ORDERED** that Defendants shall respond to Plaintiff's Motion to Reopen by December 22, 2023.

**SO ORDERED.**

Date: _____       _____
                                                                                 TREVOR N. MCFADDEN
                                                                                United States District Judge