# Exhibit A

| | |
|---|---|
| **From:** | Berhane, Fithawi (USADC) |
| **To:** | Taylor Stoneman |
| **Cc:** | Katherine Anthony; Loree Stark |
| **Subject:** | RE: AO v. DHS, ICE (21-3030): Court"s Opinion and Order |
| **Date:** | Tuesday, January 30, 2024 2:35:00 PM |

Hi Taylor,

Searches at ICE are conducted by the program offices, who do the initial responsiveness review and send potentially responsive to the ICE FOIA Office. Then, ICE FOIA goes ahead and starts processing and producing the records.  That has already occurred for the records received pursuant to the court-ordered searches and the records you received were a part of that search.

With that said, as it pertains to the Office of the Director, many employees who would have been employed with the agency during the timeframe of the deaths are no longer at ICE.  For those employees, ICE is simply pulling all communications for the relevant timeframe.  No initial responsiveness review was done because it is basically a dump of all communications/emails regardless of what the communications are about.  So, for those former employees, the initial search (i.e., the dump of all the emails) is done. However, the extra step of running searches using the names of the detainees still needs to be completed, and that is just to get any potential records that at least mention the names of the detainees.  Then, to the extent that any of the names hit on any of the records, a subsequent responsiveness search to get to any of the reports at issue would need to be conducted.  There are a very significant number of emails—from what I've been told, possibly 100s of 1000s—that are undergoing this process.

So, in short, the searches are done.  For those that went through the normal process, ICE has already reviewed, processed, and produced everything responsive for those searches.  All that remains is processing the aforesaid communications. As far as I currently know, it is possible but not certain that there will be additional productions. Please feel free to let me know if you have any questions, but for right now, this is all that I have.

Bests,
Isaac

**From:** Taylor Stoneman <taylor.stoneman@americanoversight.org>
**Sent:** Friday, January 26, 2024 3:21 PM
**To:** Berhane, Fithawi (USADC) <FBerhane@usa.doj.gov>
**Cc:** Katherine Anthony <katherine.anthony@americanoversight.org>; Loree Stark <loree.stark@americanoversight.org>
**Subject:** [EXTERNAL] Re: AO v. DHS, ICE (21-3030): Court's Opinion and Order

Hi Isaac,

I hope you had a nice holiday as well. Thank you for the production. I see that the cover letter says it is the "first supplemental response." Will there be one or more additional productions of records found during the court-ordered supplemental search, or is this the entirety of the supplemental