UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendant. | Civil Action No. 21-3030 (TNM) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Reopen, any responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion is Denied.

It is SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE